KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Ian R. Winters
Sean C. Southard
Joseph C. Corneau
292 Madison Avenue, 17tth Floor
New York, NY 10017-6314
(212) 972-3000

Proposed Counsel for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ASSET RESOLUTION LLC, | : | Case No. 09-16142 (AJG) |
| | : | |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BUNDY 2.5 MILLION SPE, LLC, | : | Case No. 09-16143 (AJG) |
| | : | |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BUNDY FIVE MILLION SPE, LLC | : | Case No. 09-16144 (AJG) |
| | : | |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| CFP ANCHOR B SPE, LLC, | : | |
| | : | Case No. 09-16145 (AJG) |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| CFP CORNMAN TOLTEC SPE LLC, | : | |
| | : | Case No. 09-16146 (AJG) |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1

| | |
|---|---|
| In re: | Chapter 11 |
| CFP GUESS SPE LLC, | Case No. 09-16147 (AJG) |
| Debtor. | |
| In re: | Chapter 11 |
| CFP GRAMERCY SPE, LLC, | Case No. 09-16148 (AJG) |
| Debtor. | |
| In re: | Chapter 11 |
| FIESTA STONERIDGE, LLC, | Case No. 09-16149 (AJG) |
| Debtor. | |
| In re: | Chapter 11 |
| FOX HILLS SPE, LLC, | Case No. 09-16151 (AJG) |
| Debtor. | |
| In re: | Chapter 11 |
| HFAH MONACO SPE LLC, | Case No. 09-16152 (AJG) |
| Debtor. | |
| In re: | Chapter 11 |
| HUNTSVILLE SPE LLC, | Case No. 09-16153 (AJG) |
| Debtor. | |
| In re: | Chapter 11 |
| LAKE HELEN PARTNERS SPE LLC, | Case No. 09-16154 (AJG) |
| Debtor. | |

```
------------------------------------
In re:                              :
                                    :  Chapter 11
OCEAN ATLANTIC SPE LLC,             :
                                    :  Case No. 09-16155 (AJG)
            Debtor.                 :
------------------------------------
In re:                              :
                                    :  Chapter 11
SHAMROCK SPE LLC,                   :
                                    :  Case No. 09-16156 (AJG)
            Debtor.                 :
------------------------------------
In re:                              :
                                    :  Chapter 11
10-90 SPE, LLC,                     :
                                    :  Case No. 09-16157 (AJG)
            Debtor.                 :
------------------------------------
```

**ORDER DIRECTING JOINT ADMINISTRATION
OF CASES PURSUANT TO RULE 1015(b)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the motion of the above captioned debtors and Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Joint Administration of Cases, dated October 14, 2009 ("Motion"), filed by Asset Resolution LLC ("ARC"), 10 90 SPE LLC ("10 90"), Fiesta Stoneridge LLC ("Fiesta"), CFP Gramercy SPE LLC ("Gramercy"), Bundy 2.5 Million SPE LLC ("Bundy 2.5"), CFP Cornman Toltec SPE LLC ("Cornman"), Bundy Five Million LLC ("Bundy 5"), Fox Hills SPE LLC ("Fox Hills"), HFAC Monaco SPE LLC ("Monaco"), Huntsville SPE LLC ("Hunstsville"), Lake Helen Partners SPE LLC ("Helen"), Ocean Atlantic SPE LLC ("Ocean"), CFP Gess SPE LLC ("Gess"), CFP Anchor B SPE LLC ("Anchor"), and Shamrock SPE LLC ("Shamrock" and together with ARC, 10 90, Fiesta, Gramercy, Bundy 2.5, Cornman, Bundy 5, Fox Hills, Monaco, Huntsville, Helen, Ocean, Gess, and Anchor, the "Debtors"), as debtors and debtors in possession, seeking entry of an order directing joint

3

administration for procedural purposes only of the above-captioned Chapter 11 cases of the above-captioned debtors and debtors in possession; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and it appearing that due and appropriate notice of the Motion has been given and no further notice need be given; and upon the proceedings before the Court; and good and sufficient cause appearing;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned Chapter 11 cases be, and hereby are, consolidated for procedural purposes only and shall be jointly administered by the Court.

3. To the extent that any affiliates of the Debtors subsequently commence chapter 11 cases, such Chapter 11 cases shall be consolidated for procedural purposes only, shall be jointly administered by the Court, and the provisions of this Order shall apply to all such debtors and their respective estates.

4. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases.

5. The caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ASSET RESOLUTION LLC, <u>et al</u>. | : | Case No. |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

6. A docket entry shall be made in each of the above-captioned cases, substantially as follows:

"An order has been entered in this case directing the joint administration for procedural purposes only of the Chapter 11 cases of Asset Resolution LLC, 10 90 SPE LLC, Fiesta Stoneridge LLC, CFP Gramercy SPE LLC, Bundy 2.5 Million SPE LLC, CFP Cornman Toltec SPE LLC, Bundy Five Million LLC, Fox Hills SPE LLC, HFAC Monaco SPE LLC, Huntsville SPE LLC, Lake Helen Partners SPE LLC, Ocean Atlantic SPE LLC, CFP Gess SPE LLC, CFP Anchor B SPE LLC, and Shamrock SPE LLC, and the docket in Case No. 09-16142 (AJG) should be consulted for all matters affecting this case."

Dated: New York, New York
     October ___, 2009

                                        _____
                                        HONORABLE ARTHUR J. GONZALEZ
                                        UNITED STATES BANKRUPTCY JUDGE