KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Ian R. Winters
Sean C. Southard
Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, NY 10017-6314
(212) 972-3000

Proposed Attorneys for Asset Resolution LLC, et al.,
Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ASSET RESOLUTION  LLC, et al., | : | |
| | : | Case No. 09-16142(AJG) |
| Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**AFFIDAVIT OF SARA PFROMMER**
**PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULES 1007-2**
**AND 9077-1 AND IN SUPPORT OF DEBTORS' FIRST DAY MOTIONS**

STATE OF NEW YORK      )
                       )        SS:
COUNTY OF NEW YORK  )

SARA PFROMMER, being duly sworn, deposes and says:


1.      I am the Chief Restructuring Officer and General Counsel of Asset Resolution

LLC ("ARC") and fourteen subsidiary LLCs more fully described herein (the "Subsidiary LLCs"

and together with ARC, the "Debtors") that have each filed voluntary petitions for relief under

Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").  In accordance with S.D.N.Y.

Local Bankruptcy Rules ("L.B.R.") 1007-2 and 9077-1, I submit this affidavit ("Affidavit") in

connection with the petitions for an order for relief entered by the United States Bankruptcy Court for the Southern District of New York, on October 14, 2009 ("Petition Date") and in support of the Debtors' First Day Motions (defined herein).

2.      I am generally familiar with the business and financial condition of the Debtors.   A copy of the resolutions of ARC and of each of the Subsidiary LLCs, authorizing the commencement of each of their respective Chapter 11 cases (the "Cases") is annexed to each of the respective petitions.   Each of the Subsidiary LLCs was originally established to hold real property that had been obtained through foreclosure by ARC or its predecessor.[1]  An organizational chart of ARC and its subsidiaries is attached as **Exhibit A**.   Unless otherwise indicated, all financial information contained herein is presented on an estimated and unaudited basis.

## Preliminary Statement

3.      As discussed in greater detail herein, the Debtors are the successors by foreclosure of certain rights attributed to defaulted commercial mortgage loans. They have sought Chapter 11 protection because their  ability to effectively service the defaulted commercial mortgage loans has been crippled by highly acrimonious litigation commenced by a small group of Direct Lenders (defined below) involving only a narrow range of interests among a significantly larger group of stakeholders.

4.      The Debtors believe that only in the context of a Chapter 11 proceeding can the interests of all stakeholders be fully, efficiently, and fairly addressed. The Debtors therefore intend to utilize the powers and protections granted to a debtor in possession under the Bankruptcy Code to maximize the value of the assets for the benefit of all stakeholders in accordance with their

---

[1] Through sale or other resolution, four of the Subsidiary LLCs now instead own some residual right as a result of the

relative priority under applicable law.

## A. **Required Contents of Affidavit**

### (i) Prepetition Operations and Initial Wind-Down

5. ARC is organized as a Delaware limited liability company. Its affairs are governed by an operating agreement dated as of September 29, 2008.

6. Each Subsidiary LLC is also organized as a limited liability company with ARC as the sole managing member. The affairs of each of the Subsidiary LLCs are governed by operating agreements and organized in the jurisdictions identified in **Exhibit B** annexed hereto.

7. ARC has its principal place of business at 333 Seventh Avenue, New York, New York 10001 and has conducted business at that location since September of 2008. ARC was formed by Silar Advisors, L.P. ("Silar") for the purpose of taking title to certain real property, contract servicing and other contractual rights that were pledged as collateral for a $67 million loan to an entity known as Compass USA SPE LLC ("Compass"). The purpose of the loan was to finance Compass's acquisition of the pledged assets through a Section 363 sale in the bankruptcy of USA Commercial Mortgage Company ("USACM"). In September of 2008, Compass defaulted on its repayment obligations with respect to the $67 million loan and Silar foreclosed. All of these transactions are described in further detail below.

8. On October 13, 2009, ARC and each of the Subsidiary LLCs conducted meetings and resolved to commence these Chapter 11 cases. The purpose of the Chapter 11 cases is to allow ARC to conduct its obligations as servicer of various loans and to allow all the Debtors to: a) propose and effectuate resolutions to liquidate or otherwise monetize the various real property

_____

real property disposition, as described in the schedules of the respective Subsidiary LLCs.

assets; b) to protect the rights of the more than 2,400 individual investors in those assets, who face not only continuing diminution of value of their investment but also potential and actual liability with respect to the investments; and c) to protect the rights of ARC to collect its servicing fees and be reimbursed for servicing advances that it acquired or has previously made for the benefit of the properties. Pursuant to the resolutions, ARC and each of the Subsidiary LLCs resolved to also retain professionals, consultants and brokers to assist them in the servicing of the properties and the resolution of the myriad of problems and issues relating to the wind-down and disposition of the properties and the various claims that have been asserted by and against the various constituent groups involved in the process.

       (ii)     <u>Background; How ARC Came Into Existence and The Nature of Its Assets</u>

9.     The events that led to the filing of the Cases can be traced back to the early part of this decade, when USACM decided to take advantage of the unprecedented boom in real estate by entering into the business of soliciting investments from individuals (the "<u>Direct Lenders</u>") for the purpose of placing those investments into to commercial real estate loans throughout the United States.

       **a.  USCAM and Its Business of Placing Speculative High Risk Investments**

10.     During a time in which conservative investments were yielding 1% to 2% annual returns, the Direct Lenders were attracted by USACM's promise of exceptionally high returns on their investments, in the range of 12% to 16%, and the promise that the investments would be "safely" secured by real estate collateral.

11.     USACM was a "hard money lender" whose business consisted of soliciting investments from Direct Lenders and then in turn placing those investments into speculative, short-

term high interest commercial real estate loans.   These loans included acquisition, development, construction, bridge or interim loans secured primarily by first priority liens on undeveloped residential and commercial developments located across the United States.   These were never "safe" investments and became especially unsafe when the real estate market began to collapse.  The viability of the investments was further undermined by the fact that the principals of USACM (and quite possibly also some of the larger Direct Lenders and other related parties) were engaged in fraud.

12.   USACM structured the commercial loans it placed by creating a fractionalized interest in real property collateral pledged by the underlying developer/borrower for each Direct Lender that was placed into the loan.  There were frequently as many as 200-300 Direct Lenders placed into each loan.   USACM and its affiliated funds claimed that at one time the amount of investments under its management approached $1 billion.

13.   USACM serviced the commercial real estate loans on behalf of the Direct Lenders pursuant to a short form Loan Servicing Agreement (an "<u>LSA</u>") with each Direct Lender that provided for the servicer to collect both accrued and future income consisting of:   (a) a base servicing fee payable monthly at a rate equal to 1%  to 3% of the unpaid principal balance;  plus (b) default rate interest; plus (c) late charges; plus (d) exit fees; plus (e) deferred origination fees (collectively, "<u>USACM Servicing Fees</u>").

**b.   <u>USACM Files for Bankruptcy</u>**

14.   On April 13, 2006, USACM and its affiliates filed for protection under Chapter 11, Case No. 06-10725(LBR) in the United States Bankruptcy Court for the District of Nevada ("<u>USACM Bankruptcy Case</u>").   The filing was prompted by, among other things, the onset

of a decline in commercial real estate values unprecedented in United States history and by an ongoing investigation of securities law violations by all of the USACM related companies. Tom Allison of Mesirow Financial Investment Corporation was appointed Chief Restructuring Officer of the USACM debtors at the time of the filing.

15.     In January of 2007, USACM confirmed a plan of reorganization that would not have been feasible without the proceeds from the sale, pursuant to Section 363 of the Bankruptcy Code, of the USACM Servicing Fees and fractionalized interests, free and clear of all claims that any Direct Lender had against USACM. In the pleadings filed in conjunction with plan confirmation and contemplated sale, Mesirow acknowledged that it had already disposed of the properties that were readily amenable to resolution and that the remainder of the loans would be very difficult to administer and resolve and would require dedication of substantial resources and efforts on the part of the proposed purchaser.

16.     A group of Direct Lenders objected to the confirmation of the plan and specifically to the sale of the servicing rights to Compass and the provisions regarding the sale contained in the court-approved asset purchase agreement, but their objections were overruled.  As set forth below, this group of objecting Direct Lenders has continuously attempted to undermine the sale and interfere with the provisions of the Confirmation Order and the asset purchase agreement, both before and after the confirmation of the plan and the completion of the transfers contemplated under the plan became final.   This small group of protesters is hereinafter referred to as the "Dissenting Direct Lenders."

**c.   <u>USACM Sells Servicing and Other Rights To Compass, Financed by Silar</u>**

17.     The auction sale pursuant to the confirmed plan was memorialized in an Asset

Purchase Agreement (the "<u>APA</u>") dated February 16, 2007. Under the APA, Compass paid $67 million for: (a) certain fractionalized direct lender interests that were owned by USACM in the various real properties; (b) the servicing rights under the LSAs; and (c) the right to collect the USACM Servicing Fees. Silar provided the financing for the acquisition and obtained a pledge of the acquired USACM Servicing Fees and related rights as collateral.

18. The form of APA was approved in the USACM Bankruptcy Case and included several schedules for the USACM servicing fees that had accrued, and the rate at which they would continue to accrue on a monthly basis. The Order Confirming the [USACM] Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, as Modified Herein (the "<u>USACM Confirmation Order</u>"), entered on January 8, 2008 [Docket No. 2376 in the USACM Bankruptcy Case] also expressly stated: "[f]ollowing the Closing, no holder of an Interest in the Sellers shall interfere with the Asset Purchaser's title to or use and enjoyment of the Acquired Assets based on or related to such Interest, or any actions that the Sellers may take in their Chapter 11 cases (capitalized terms as defined therein)." USACM Confirmation Order ¶ 25.

19. There is no doubt that the Direct Lenders who invested with USACM lost vast amounts of money because of the highly speculative nature of the USACM portfolio and the fact that these particular types of commercial real estate loans were especially vulnerable to the collapse of the real estate market that began as early as 2006 and continues to the present. These losses were further exacerbated by the fact that there was admitted underlying fraud on the part of at least one of USACM's principals, Joseph Milanowski, who has been tentatively sentenced to 12 years in prison pursuant to a plea bargain that has not yet been finalized and may result in an even longer prison term. Investigations continue with respect to other possible fraudulent acts by USACM and its

principacals and related parties.

### d. Dissenting Direct Lenders Interference with Compass's Rights Under the Confirmed Plan and the APA

20.     Even before the confirmation of the USACM plan and the closing of the sale under the APA, and angered by the almost complete loss of their investments at the hands of USACM, the Dissenting Direct Lenders began a campaign to take over the servicing rights themselves and deprive Compass of the benefit of its acquisition.   Although the Dissenting Direct Lenders have claimed the right to service themselves, they have never identified how they intended to go about doing this, or how much it would cost, or the identity of any person or entity who was both willing and able to handle the massive effort required to service more than 50 defaulted commercial real estate loans.

21.     As part of this campaign, the Dissenting Direct Lenders insisted that they had successfully terminated Compass as servicer and began communicating directly with various borrowers, interfering with Compass's ability to exercise the servicing rights it had obtained under the plan.   The Dissenting Direct Lenders were subsequently told by the by the Bankruptcy Court that this behavior violated the USACM Confirmation Order and related orders and directed them to stop.  A contempt order was issued to force the suspension of the prohibited conduct, but only after a 2-day evidentiary hearing.

22.     In order to resolve the issue created by the Dissenting Direct Lenders, Compass brought motions in the USACM Bankruptcy Case for orders enforcing the USACM Confirmation Order.  Certain limited liability companies that had been formed by the Dissenting Direct Lenders commenced litigation in the federal district court in Reno, Nevada, contending, among other things, that Compass should be terminated as servicer, to which Compass asserted

counterclaims for interference with the servicing rights and diminution in the value of the purchased assets. All of these actions ended up in the federal district court in Las Vegas, Nevada, where they were consolidated and are collectively pending as Case No. 07-0892 (the "Nevada Litigation").

### e. Compass Fails and Silar Forecloses on Its Collateral

23.     Through their various actions, the Dissenting Direct Lenders succeeded in completely destroying the value of Compass, whose principals had invested nearly $30 million in addition to the money they had borrowed to finance the acquisition. This investment provided, among other things, servicing advances to pay insurance and taxes for the properties which Compass was servicing, for the protection not only of its own interests but also for the protection of all of the holders of fractionalized investor interests in the underlying real estate collateral.

24.     Because the actions of the Plaintiff Direct Lenders effectively stopped Compass from realizing any income from the assets it had acquired from USACM, Compass was unable to repay its obligations to Silar under the financing arrangements, and on September 26, 2008, Silar exercised its rights to foreclose upon the Compass collateral. This foreclosure was conducted under New York law and immediately confirmed an almost $30 million loss to Compass.

25.     In order to effectuate the foreclosure, Silar formed a limited liability company, Repo Resolution LLC, which by Certificate of Name Change filed on September 26, 2008, became Asset Resolution LLC, the lead debtor herein. ARC took title to all of the pledged Compass assets including: (a) servicing rights, (b) the rights to collect the USACM Servicing Fees; (c) fractionalized direct lender interests directly owned by Compass in various of the real properties; and (d) the single purpose entities that had been formed to hold title to properties on which Compass

had foreclosed.

(iii)   <u>Events Leading to the Commencement of these Cases</u>

**a.  <u>Dissenting Direct Lenders Continue Their Campaign Against ARC</u>**

26.    Following ARC's acquisition of the former USACM/Compass assets through foreclosure, the Dissenting Direct Lenders began a campaign to duplicate the "success" they had achieved in shutting down Compass, by interfering with the proper servicing of the assets in order to prevent ARC from collecting the servicing fees that is entitled to as successor-in-interest to Compass, and as guaranteed by the USACM Confirmation Order. This group has demonstrated that it will never agree to any solution proposed by ARC for any of the properties.

27.    During the time that ARC has been servicing the portfolio, and in furtherance of their litigation goals, the Dissenting Direct Lenders have rejected, and have encouraged other Direct Lenders to reject, sales offers and have refused, and encouraged others to refuse, to honor their contractual obligations under the LSAs to fund unpaid taxes and critical repairs, with the specific and express strategy of impairing ARC's rights as servicer. This strategy unfortunately also creates serious adverse consequences not just for ARC, but for all the Direct Lenders with an interest in any given loan.

**b.  <u>Dissenting Direct Lenders Blow Up A  Brokered Settlement of All Issues</u>**

28.    On July 11, 2008, a receiver was appointed in the Nevada Litigation to review the rights and claims of the various parties and to broker a settlement. The receiver, Tom Grimmett, spent several months reviewing the issues and negotiated a settlement with Silar and ARC that he recommended to the court. The Dissenting Direct Lenders, however, opposed the settlement and through and email, blog and robo-dialer campaign, persuaded other Direct Lenders to also reject the

settlement. ARC contended, and the Receiver acknowledged, that much of the information contained in these blogs and emails was false and misleading.

29. On January 20, 2009, the judge in the Nevada Litigation proclaimed the settlement dead, discharged the receiver and instructed any Direct Lender who wished to intervene in the Nevada Litigation to do so forthwith.

30. Only 46 of the Dissenting Direct Lenders, whose outstanding interests are a mere 4.55% of the total Direct Lenders loans by amount, have elected to intervene and become plaintiffs in the Nevada Litigation (the "Plaintiff Direct Lenders"). Of those 46 Dissenting Direct Lenders, eight are related parties. The Plaintiff Direct Lenders and the Dissenting Direct Lenders are for the most part the same, although some members of the Dissenting Direct Lender group elected not to intervene in the Nevada Litigation and therefore the two groups are not completely identical.

### c. Dissenting Direct Lenders Interfere With the Marketing And Sale of the Gess Property in Houston

31. One specific example of the Plaintiff Direct Lenders' willingness to sacrifice the value of their own investments in pursuit of their perceived claims against Silar and ARC is the "Gess Property." The Gess Property is an 810 unit apartment complex in Houston that was facing tax foreclosure and condemnation because the borrower had defaulted on its obligations and the Direct Lenders with interests in that loan had declined to comply with capital calls to fund the unpaid taxes.

32. While the Gess Property was still being serviced by Compass, Compass obtained an offer to purchase the property for $16.25 million. The Direct Lenders blocked the proposed sale at $16.25 million on the uninformed belief that the property was worth more.

33. Thereafter, property values continued to plummet and the Gess situation was

becoming even more precarious, with the impending tax lien foreclosure further complicated by a threat of condemnation by the City of Houston. The servicer continued to market the property, however, obtaining a new offer for $11 million. This offer was also rejected.

34. In May of 2009, following the ARC foreclosure, ARC as servicer believed that the Gess property was in imminent danger of being completely lost to either a tax lien foreclosure or condemnation by the City of Houston, either of which would also have dispossessed the over 400 tenants in the property. In May of 2009, therefore, ARC filed an emergency motion in the Nevada Litigation asking the Court to approve yet a third offer for the Gess Property, this time in the amount of $8.5 million.

35. The Plaintiff Direct Lenders continued to object to an $8.5 million cash sale because they wanted to enter into a joint venture with the purchaser rather than cash out their interests at the proposed price. After fourteen hearings, the Nevada Court approved the transfer to the joint venture, in a transaction that ARC, as servicer, believed to be far riskier and less economically advantageous than other alternatives.

36. In its order approving the transfer, the Nevada Court also drastically reduced ARC's fees from the amounts pursuant to the USACM Confirmation Order for the over two years of post-default servicing, including the hiring and supervision of a property manager, the retention of a broker who obtained three viable offers for the property and dealing with the multiple objections of the Plaintiff Direct Lenders. The Court instead approved a servicing fee of only $94,000 and refused to allow any of the other fees that were set forth in the LSAs.

37. Over the objection of ARC, the Nevada Court then permitted the sales proceeds and joint venture interests to be distributed to the 285 direct lenders with interests in the

Gess Loan.

### d. Dissenting Direct Lenders Interfere with the Sale of the Anchor B Property in Texas

38.     A second example of the difficulties created by the Plaintiff Direct Lenders involves a loan known as the "Anchor B" loan. This property, an empty big-box store in Houston, Texas, had been sold at a tax lien foreclosure sale in May of 2009 because the Direct Lenders in that loan had refused to fund the payment of the delinquent real property taxes. ARC nonetheless found a broker for the property, who in turn found a buyer who was willing to pay $1.9 million for the property through Anchor B's redemption rights.

39.     On October 1, 2009, the Plaintiff Direct Lenders made an emergency motion to stop this sale, which had been approved as required under the LSAs by the holders of more than 51% of the Direct Lender interests in the property (ARC itself held 33% of the Direct Lender interests in Anchor B). The sale had closed before the TRO was filed, but ARC nonetheless had to incur the expense of going into court and defending against the Plaintiff Direct Lenders' actions. If the sale had not closed, the value of the property would have been lost completely up on the expiration of the six month redemption period for the foreclosed taxes.

### e. Bankruptcy Is The Only Mechanism Through Which All of the Property Management and Other Outstanding Issues Can Be Resolved

40.     The highly litigious positions taken by the Plaintiff Direct Lenders have made it impossible for ARC to service the loans. Although the loans are in default, ARC has not been able to foreclose on any of the properties because it has not been able to identify a title insurance company will conduct the foreclosure sale and insure subsequent title, in light of the disputes. The Direct Lenders have refused to honor capital calls, which has resulted in the loss of at least one

property to tax foreclosure and others are in danger of that same fate. ARC cannot negotiate any short sales without the consent of at least 51% of the Direct Lenders in any given property, and the Plaintiff Direct Lenders have resolved to try to block every proposal. ARC's ability to retain brokers to market any of the properties is severely impaired but notwithstanding the numerous difficulties involved, ARC has persuaded Situs, Inc. ("Situs") to undertake the real property marketing efforts. ARC will file an application for approval of ARC's retention of Situs with this Court.

41. The Nevada court both will not and cannot resolve these issues within the context of the Nevada Litigation.

42. ARC asked the Nevada court to appoint a receiver over all the direct lender assets *and* the servicing rights, with expanded powers to administer the properties, borrow money to maintain and preserve the properties with a priority right of repayment and other similar authorizations. On August 16, 2009, the court denied the motion after it was opposed by the Plaintiff Direct Lenders.

43. There is also a major question regarding the ability of the Nevada court to resolve all of the outstanding issues and disputes. The Plaintiff Direct Lenders, as a group, constitute fewer than two percent of all the Direct Lenders in number and hold only 4.55% of all Direct Lender interests in amount. On the other hand, in respect of its Direct Lender interests alone (and without taking into account any of the servicing or other fees to which it is entitled), ARC holds 5.77% of the Direct Lender interests in the properties and there are over 2,400 holders of Direct Lender interests in the various properties who are not parties to the Nevada Litigation. Finally, the owners of the various real properties (the "borrowers" under the original USACM arranged loans)

are also not parties to the Nevada Litigation, nor are the taxing authorities holding delinquent tax liens or other third parties with claims against the properties whose interests must be resolved.

44.     The defense of the Nevada Litigation has cost ARC and its predecessor over $7 million so far, with no hope that the expenditure of this or any other sum of money will resolve the multitude of issues and interests involved. The only practical mechanism to deal with the resolution of *everyone's* rights and interests in the various assets and to provide for orderly and efficient liquidation of the various real properties, is the use of the particular powers and procedures granted to a debtor-in-possession under Chapter 11 of the Bankruptcy Code.   Accordingly, ARC and each of the Subsidiary LLCs have determined to seek the protection of Chapter 11 in order to effectuate the orderly administration of all of the assets, and the complete resolution of all of the various competing claims and interests therein.

(iv)     Organizational Structure and Management.

45.     As stated above, ARC is a limited liability company, organized under the laws of the State of Delaware. The Subsidiary LLCs are also limited liability companies organized under the laws of various states as described in **Exhibit A** hereto.  The principal place of business of all of the Debtors is 333 Seventh Avenue, New York, New York 10001.

46.     ARC and the Subsidiary LLCs will be managed on a daily basis by Sara Pfrommer, Chief Restructuring Officer and General Counsel.  Ms. Pfrommer has been involved in hundreds of bankruptcy cases during her thirty year career as a lawyer with the national firms of McDermott, Will & Emery; Weil, Gotshal & Manges and Sheppard Mullin Richter & Hampton. She was retained by ARC in August 2009 to review the Nevada Litigation and all of the outstanding issues with respect to property management and related claims and agreed to act as CRO and

General Counsel for the debtors when the entities determined that it was necessary to seek bankruptcy protection.

47.     In order to conduct the day-to-day servicing of the loans, ARC entered into a contract with Servicing Oversight Solutions, LLC ("<u>SOS</u>"), whose principal offices are in Farmington, Connecticut.  SOS is an affiliate of ARC, in that it is wholly owned by Silar Advisors, L.P.  ARC and the Subsidiary LLCs propose to continue the employment of SOS for the marketing and administration of the portfolio during the course of these Chapter 11 cases.

(v)     Debtors' Cases Not Originally Commenced
        <u>Under Chapter 7 or Chapter 13</u>

48.     These cases were not originally commenced under chapter 7 or chapter 13 of the Bankruptcy Code.  Accordingly, L.B.R. 1007-2(a)(2) is inapplicable.

(vi)    <u>Pre-petition Committees and Holders of the Twenty Largest Unsecured Claims</u>

49.     The Debtors are unaware of the formation of any committee prior to the Petition Date.  A list setting forth the each Debtor's twenty (20) largest unsecured creditors of the Debtor is attached as **<u>Exhibit C</u>**.  As required by L.B.R. 1007(a)(4), Exhibit C includes the creditors' names, addresses, telephone numbers (for persons familiar with the account, if available), amount of each claim, and an indication of whether the claims are contingent, unliquidated, disputed, or partially secured.

(vii)   <u>Holders of Five Largest Secured Claims</u>

50.     The only secured creditor of ARC is Silar Advisors, L.P., with respect to a $3.5 million loan to ARC to preserve certain valuable water rights in the San Joaquin Valley of California that were in jeopardy of foreclosure by a senior lender whose position was redeemed with the Silar advance.

(viii)    Summary of the Debtor's Assets and Liabilities

51.    The Debtors are filing with their petitions their Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "Schedules") in satisfaction of L.B.R. 1007-2(a)(6).  The Debtors reserve the right to amend the Schedules.

52.    The Debtors believe that they are solvent on a balance sheet basis.   On the Schedules submitted with their petitions, each of the Debtors has placed conservative valuations on various assets listed therein.    Overall, the collective Debtors estimate that the value of their servicing rights and real property interest is substantial, but their exact value cannot be determined until those assets have been liquidated.  In addition, the Debtors have assigned a $10 million  to $50 million value to various litigation claims that may be pursued on behalf of the Debtors, the exact amount of which will turn not only on the successful assertion of the various claims but also on the ability to collect up any judgment in respect thereof.

53.    ARC and the Subsidiary LLCs have list on Schedule F of their respective Schedules all of the Direct Lenders in every loan, in order to ensure that each one of them receives all of the appropriate notices and will have the opportunity to be fully included in the resolution of these Cases. Some of the Direct Lenders have asserted tort or contract claims against ARC and are therefore contingent and unliquidated creditors of ARC. For the most part, however, the Direct Lenders are not direct creditors of the Debtors, but rather have claims and interests that are limited in recourse to the properties that are held and administered by ARC, as servicer.

54.    Additionally, ARC currently holds $10,771,332 in an account for the benefit of itself and various direct lenders.   The money in this account consists of proceeds from the sale of various real properties by Compass.    ARC, as successor-in-interest to Compass' rights in this

account, claims that it is entitled to all such funds in respect of servicing fees and the right to collect servicing fees acquired from the USACM bankruptcy. The Direct Lenders claim that ARC is not entitled to any of such funds. The validity, priority and extent of the interests of various claimants to this fund will be one of the key issues that must be resolved in the course of these bankruptcy cases.

(ix)     Debtors' Securities

55.     Due to the organizational structure of the Debtors' business, L.B.R. 1007-2(a)(7) is not applicable.

(x)     Property in Possession or Custody of Custodian

56.     Other than as discussed in the next paragraphs, the Debtors have no property in possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor, or agent for any such entity.

57.     There are proceeds that were generated from the sale of the Gess property (as described in paragraphs 31 through 37 above in the amount of $1,590,000 that are currently being held by ARC's counsel in the Nevada Litigation, Greenberg Traurig LLP. Additionally, there is $404,320 resulting from the sale of water rights owned by Fox Hills SPE LLC is being held by Compass' former counsel, Sheppard Mullin Richter & Hampton. Finally, the management companies for three of the income producing properties – Palm Harbor, Gramercy and the Gardens Timeshare retained collections from rents and sales for periodic remittance to ARC. The exact amounts retained by these companies cannot be determined exactly under ARC has completed its reconciliation with the respective management companies as of the Petition Date.

(xi)     Premises Where the Debtors Conduct Business

58.     As of the Petition Date, the Debtors' principal place of business is 333 Seventh Avenue, New York, New York (the "New York Office").

(xii)    Location of Debtor's Substantial Assets and Books and Records

59.     The location of the Debtors' assets is identified in large measure on the Schedules filed in this case.   The majority of the Debtors' general books and records are maintained on premises at the New York Office.    There are additional books and records relating to specific properties that are maintained at the offices of ARC's servicing agent, SOS, whose offices are located at 11 Talcott Notch Road, Farmington, Connecticut.

(xiii)    Threatened or Pending Actions Against the Debtor

60.     As noted above, ARC is currently a defendant and a counter-claimant in the Nevada Litigation.   The claims asserted against ARC go to the very heart of the value and extent of the Debtors' assets and as such will be stayed by the application of Section 362 upon the filing of the Debtors' cases.   The Subsidiary LLCs are not subject to any pending or threatened litigation.

(xiii)    The Debtors' Senior Management

61.     The Debtors' senior management consists of the following:

Name                                  Position With Debtors

Sara Pfrommer                     CRO and General Counsel

(xiv)    Compensation of Management/Budget for Ongoing Operations

62.     In accordance with L.B.R. 1007-2(b)(1), the amounts paid and proposed to be paid for the thirty (30) day period following the Petition Date for employees of the Debtors is $0.00.

63.     In accordance with L.B.R. 1007-2(b)(2), Sara Pfrommer, as Chief Restructuring Officer, is to be paid $35,000 per month.

64. In accordance with L.B.R. 1007-2(b)(3), a projection of cash receipts and disbursements for the next 30, 60 and 90 days is attached hereto as **Exhibit D**.

65. Although ARC has substantial assets, none of these assets is immediately liquid. Accordingly, ARC intends to obtain debtor-in-possession financing in order to fund its operations during the reorganization period, as described in more detail in paragraph 87, below.

**B.      Additional Information In Support of First Day Motions**

66. In accordance with L.B.R. 1007-2(b), the Debtors represent that they intend to continue in the management of their properties as debtors and debtors in possession pursuant to Bankruptcy Code section 1107 and 1108.

67. In order to continue operating effectively as debtors in possession, the Debtors require approval of certain transactions and dealings immediately. Therefore, the Debtors are moving this Court for approval of certain "first day" matters in the instant Case (collectively the "First Day Motions"). The following First Day Motions require immediate approval in order for the Debtor's business to continue uninterrupted during the immediate postpetition period.

(i)      Joint Administration

68. The Debtors will seek joint administration of these Chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

69. The Debtors believe that these cases should be administered jointly because the business operations of the Debtors are closely related and they share general administration. Entry of an order directing joint administration of these cases will obviate the need for duplicative notices, applications and orders, and thereby save considerable time and expense for the Debtors and their estates.

70.     The rights of the respective creditors of the Debtors will not be adversely affected by the proposed joint administration of these cases because each creditor may still file its claim against a particular estate.  In fact, the rights of all creditors will be enhanced by the reduction in costs resulting from joint administration.  The Court will also be relieved of the burden of entering duplicative orders and maintaining duplicative files. Furthermore, supervision of the administrative aspects of the chapter 11 cases by the Office of the United States Trustee will be simplified.

71.     By reason of the foregoing, the Debtors submit that the interests of the Debtors, their creditors and their estates would best be served by joint administration of the above-captioned cases.

### (ii) Retention of Professionals

72.     The retention of Chapter 11 professionals is essential to the Debtors' reorganization efforts. Concurrently with this filing, the Debtors are seeking to retain and employ Klestadt & Winters, LLP, as general bankruptcy counsel pursuant to section 327(a) of the Bankruptcy Code.  The Debtors believe that Klestadt & Winters, LLP is well qualified to provide the services contemplated by its retention application, and that the services to be provided by Klestadt & Winters, LLP are necessary for the Debtors' successful reorganization efforts.

73.     The Debtors are also seeking to retain and employ Bryan Cave, LLP as special corporate, real estate, and litigation counsel pursuant to section 327(e) of the Bankruptcy Code. Because of its expertise and institutional knowledge of the Debtors' operating history, its business and litigation matters, Bryan Cave, LLP is uniquely situated to advise and assist the Debtors in the preparation of their schedules and statement of financial affairs, and with respect to

various corporate, real estate and litigation matters as described in its retention application. Klestadt & Winters, LLP and Bryan Cave, LLP will coordinate to avoid unnecessary duplication of services.

74.     It is contemplated that the Debtors will be required to retain additional special counsel to represent them for limited purposes, such as foreclosures with respect to the loans being serviced.

75.     The Debtors have reviewed the applications and affidavits submitted in support of the retention of the above referenced professionals. The Debtors have determined that the services of the above referenced professionals are necessary and beneficial to the Debtors' continuing operations and requests that this Court approve the same.

76.     The Debtors may determine that they require the assistance of additional professionals in conjunction with the servicing and wind-down of the real properties, and will apply for permission to retain such professionals as and when needed, pursuant to the requirements of the Bankruptcy Code.

        (iii)    <u>Claims and Noticing Agent</u>

77.     The Debtors have selected Epiq Systems as as the official notice, claims and balloting agent ("<u>Claims Agent</u>"). The Debtors estimate that there are in excess of 2,500 creditors and parties in interest in these chapter 11 cases, many of which are expected to file proofs of claim. This high number of creditors and parties-in-interest in this case would impose a heavy administrative burden on the Clerk's Office.

78.     It is in the best interests of the Debtors' estates and the creditors for the estate to retain a professional Claims Agent to provide administrative assistance to the Clerk's Office in these Cases because such an agent has already developed efficient and cost-effective methods for

administering such cases.

(iv) <u>Motion to Approve Notice Procedures</u>.

79.    The Debtors will seek authority, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007, to implement certain notice procedures (the "<u>Notice Procedures</u>") in connection with the administration of these chapter 11 cases.

80.    Thousands of parties in interest may be entitled to receive notice in these cases. Providing notice of all motions, pleadings, applications, and other requests for relief (collectively, the "<u>Pleadings</u>") filed to each creditor and party in interest is unnecessary and would be extremely burdensome and costly to the estates, in light of the photocopying, postage, and other expenses associated with such large mailings.

81.    The Debtors believe that the Notice Procedures will provide sufficient notice to those parties in interest, while, first, eliminating a significant and burdensome cost to the estates, and second, will limit confusion by parties in interest as to whether they must respond to a particular pleading that does not necessarily affect their interests.

82.    In connection with the Notice Procedures, the Debtors contemplate that the Claims Agent will maintain a website on which, <u>inter alia</u>, all docket entries in these cases will be maintained and available, free of charge.

(v) <u>Maintain Existing Bank Accounts</u>

83.    The Debtors intend to open debtor in possession bank accounts ("<u>DIP Bank Accounts</u>") in New York as required under the Bankruptcy Code and the guidelines of the United States Trustee's Office.  However, by motion (the "<u>Cash Management Motion</u>"), the Debtors request that they be allowed to maintain certain of their existing bank accounts ("<u>Continuing Bank</u>

Accounts") and business forms ("Business Forms"). The Continuing Bank Accounts are used for payment of ordinary business expenses and collection of assets. The Continuing Bank Accounts are necessary and essential for the continuation of the Debtors' business and the realization of the greatest value of the Debtors' estates.

84.     The Debtors believe that it is appropriate and beneficial to continue using the Continuing Bank Accounts in order to avoid substantial disruptions to the Debtors' wind-down efforts, and adverse economic and operational consequences on the Debtors' relations with vendors and others.

85.     No checks issued from the Continuing Bank Accounts prior to the commencement of this case will be honored, unless authorized by separate order of this Court. The Debtors will immediately advise its banks not to honor pre-petition checks absent an order of the Court. By so advising their banks, the Debtors will achieve the goals of (a) establishing a clear demarcation between pre-petition and post-petition checks and (b) blocking the inadvertent payment of pre-petition checks, without disrupting the Debtors' ongoing operations.

86.     In other Chapter 11 cases, bankruptcy courts have recognized that strict enforcement of bank account closing requirements does not serve the rehabilitative process of Chapter 11. Bankruptcy courts in this district have routinely waived such requirements and replaced them with alternative procedures on a case-by-case basis. A similar authorization is appropriate in this case with respect to the Continuing Bank Accounts.

(vi)     Upcoming Anticipated Motions

a.     *Debtor-in-Possession Financing*

87.     The Debtors contemplate filing of a motion to approve financing to provide

the Debtors the necessary liquidity to property operate their businesses and meet their administrative obligations. At this time, the Debtors do not anticipate the need for expedited relief, and anticipate seeking approval of such financing on notice.

*b.    Real Estate Broker*

88.    The Debtors will also very quickly seek authorization to employ and retain Situs, Inc. as real estate broker pursuant to sections 327(a) and 328(a) of the Bankruptcy Code. Retention of Situs, Inc. is necessary to enable the Debtors to continue to market and sell real estate interests, where a maximum value is obtainable.  Therefore, the Debtors determined in their business judgment, that they require the assistance of an experienced real estate broker to assist with the marketing and disposition of the real estate interests.

*c.    Sales of Properties*

89.    ARC has obtained an offer for the sale of the Harbor Georgetown property. This property is not currently a real-estate owned property, but the defaulting owner has agreed to voluntarily transfer the property by deed-in-lieu of foreclosure, which will permit ARC to effectuate the sale.   ARC anticipates making under Bankruptcy Rule 9019 for the compromise with the borrower, together with a motion to sell the property under Section 363, within the near future.

**C.**     **Conclusion**

The Debtors believe the protections afforded by Chapter 11 will enable them wind-up their affairs in an orderly fashion and to preserve the value of their assets for the benefit of their creditors.

On Behalf of the Debtors,

_/s/ Sara Pfrommer_____
Sara Pfrommer
Chief Restructuring Officer
and General Counsel

Sworn to before me this
14th day of October, 2009

_/s/ Joseph C. Corneau_____
Notary Public

Exhibit "A"

Exhibit "A"

# EXHIBIT A



Asset Resolution LLC

- **10 90 SPE LLC** — 200 acres of vacant land in Fontana, CA
- **Fiesta Stoneridge LLC** — 640 acres of vacant land in Perris, CA
- **CFP Gramercy SPE LLC** — 224 residential condominium units in Houston, TX
- **Bundy 2.5 Million SPE LLC** — 21.6 acres of vacant land in Menifee, CA
- **CFP Comman Toltec SPE LLC** — 160 acres of vacant land in Casa Grande, AZ
- **Bundy Five Million LLC** — 34.5 acres of vacant land in Menifee, CA
- **Fox Hills SPE LLC** — 529 acres of vacant land in Los Banos, CA

# EXHIBIT A (cont.)



Asset Resolution LLC

- **HFAH Monaco SPE LLC** — 1.98 acres of vacant land in Fort Myers, FL
- **Huntsville SPE LLC** — tax lien foreclosure redemption rights on a property consisting of 38 acres of vacant land in Huntsville, TX
- **Lake Helen Partners SPE LLC** — 73 acres of vacant land, 36 residential lots, and 5,500 square feet of commercial space in Lake Helen, FL
- **Ocean Atlantic SPE LLC** — 127.18 acres of vacant land in Yorkville, IL
- **CFP Gess SPE LLC** — appeal rights on property sale
- **CFP Anchor B SPE LLC** — right to $479k net proceeds from property sale via tax lien redemption rights and approximate tax refund claim of $255k
- **Shamrock SPE LLC** — cash in Shamrock account of approximately $1.3MM

# Exhibit "B"

# Exhibit "B"

**EXHIBIT B TO RULE 1007 AFFIDAVIT**

**SCHEDULE OF SUBSIDARY LLCS**

| Name | State of Incorporation |
| --- | --- |
| 10 90 SPE LLC | California |
| Fiesta Stoneridge LLC | California |
| CFP Gramercy SPE LLC | Texas |
| Bundy 2.5 Million SPE LLC | California |
| CFP Cornman Toltec SPE LLC | Arizona |
| Bundy Five Million LLC | California |
| Fox Hills SPE LLC | California |
| HFAH Monaco SPE LLC | Delaware |
| Huntsville SPE LLC | Delaware |
| Lake Helen Partners SPE LLC | Delaware |
| Ocean Atlantic SPE LLC | Delaware |
| CFP Gess SPE LLC | Texas |
| CFP Anchor B SPE LLC | Texas |
| Shamrock SPE LLC | Delaware |

**Exhibit "C"**

**Exhibit "C"**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **ASSET RESOLUTION LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of ASSET RESOLUTION LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:   October 14, 2009

Signature:        /s/ Sara Pfrommer
Sara Pfrommer
Chief Restructuring Officer
and Corporate Counsel

## 20 Largest Creditors Holding Un-Secured NonPriority Claims - Asset Resolution LLC

| | Creditor's Name And Mailing Address including ZIP Code and Account Number | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Contact | Phone # |
|---|---|---|---|---|---|---|---|---|
| 1 | Greenburg Traurig LLP, 3773 Howard Hughes Pkwy, Ste 500 N Las Vegas, NV 89169 | Various invoices and contingency amounts; Litigation in District of Nevada | X | X | | 1,450,000.00 | Mark Tratos | 702-792-3773 |
| 2 | Sheppard Mullin, 333 South Hope Street, 48th Fl, Los Angeles, CA 90071 | Various invoices, CA legal matter | | X | | 1,345,715.14 | Ori Katz | 415-774-3238 |
| 3 | Millbank, Tweed, Hadley & McCloy LLP, DR., 1 Chase Manhattan Plaza, NY, NY 10005 | Various invoices, various property related legal matter | | X | | 636,190.91 | Tyson Lomazow | 212-530-5367 |
| 4 | Sullivan & Worcester One Post Office Square Boston, MA 02109 | Various invoices, MA foreclosure and BK legal matter | | X | | 604,275.01 | Liza Foley | 617-210-8403 |
| 5 | Weil, Gotshal & Manges LLP, 700 Louisiana, Ste 1600, Houston, TX 77002 | Various invoices, Texas foreclosure legal matter | | X | | 588,592.40 | Sylvia Mayer | 713-546-5087 |
| 6 | Integrated Lender Services, 14320 Firestone Bvd, Ste 303, La Mirada, CA 90638 | Various invoices, CA foreclosure trustee services | | X | | 288,825.80 | Accounting Dept | 714-522-8795 |
| 7 | Blank Rome LLP, 1200 North Federal Hwy, Boca Raton, FL 33432 | Various invoices, Florida foreclosure legal matter | | X | | 244,242.91 | Matthew Comisky | 215-569-5678 |
| 8 | GreyStar, 750 Bering Drive, Suite 300, Houston, TX 77057 | Gramercy / Gess Property Management | | X | | 204,809.00 | Jackie Rhone | 713-479-8909 |
| 9 | Property & Casualty, 707 Westchester Avenue, Suite 201, White Plains, NY 10604 | Property and Casualty Insurance Premiums | | X | X | 194,825.96 | Peter Lefkowitz | 212-457-8871 |
| 10 | Servicing Oversight Solutions LLC     11 Talcott Notch Road Farmington, CT 06032 | Oct invoice (remaining payable), Servicing expense | | | | 104,944.03 (Not included in top 20 b/c affiliate) | | |
| 11 | Ruden McClosky, 200 East Broward Blvd, Ft Lauderdale, FL 33301 | Various invoices, Florida foreclosure legal matter | | X | | 74,676.45 | Ralph Guijarro | 954-527-2470 |
| 12 | Sharpstown Mall Texas LLC, Anchor B | Unpaid Mall Association Fees | | X | | 62,179.14 | Edward Wolochin | 713-777-1111 |
| 13 | Riemer Braunstein, Three Center Plaza, Boston, MA 02108 | Various invoices, Illinois foreclosure legal matter | | X | | 52,147.21 | Peter Sutton | 617-880-3400 |

| # | Creditor's Name And Mailing Address Including ZIP Code and Account Number | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Contact | Phone # |
|---|---|---|---|---|---|---|---|---|
| 14 | Jennings Strouss, 201 E. Washington Street, 11th Floor Phoenix, AZ 85004 | Various invoices, Arizona foreclosure legal matter | | X | | 44,681.95 | Bruce May | 602-262-5923 |
| 15 | Geary, Porter, & Donovan , 16475 Dallas Parkway, Suite 400, Addison TX, 75001 | Various invoices, property legal matter | | X | | 41,858.38 | David Tatum | 972-931-9901 |
| 16 | Environ, 2010 Main Street, Ste 900, Irvine, CA 92614 | Various invoices, Property Environmental Reports | | X | | 41,500.00 | David Liu | 949-261-5151 |
| 17 | Citizens Property Insurance Corp., 6676 Corporate Center Parkway, Jacksonville FL 32216 | Sept 2009 invoice, various property insurance premiums | | X | | 33,017.71 | Accounting Dept | 877-227-3492 |
| 18 | Sutton Land Title Agency, 515 Rockaway Avenue, Valley Stream NY , 11581 | Title and Lien Search | | X | | 31,709.75 | Accounting Dept | 516-837-6100 |
| 19 | Jaffe Raitt Heuer & Weiss, 27777 Franklin Road, Suite 2500, P.O. Box 5034, Southfield, Michigan 48086 | Various invoices, Michigan foreclosure legal matter | | X | | 20,089.80 | Patricia Werk | 248-727-1366 |
| 20 | Analysis Group, 111 Huntington Avenue, 10th Fl, Boston, MA 02199 | May and August 2008 invoices, Water rights valuation | | X | | 19,395.00 | Janis Carey | 720-963-5330 |
| 21 | Security Title Agency, 3636 North Central Avenue, 2nd Floor  Phoenix AZ 85012 | May 2008 invoice, Default services for Cornman Toltec | | X | | 17,438.00 | Ned Fajkowski | 602-266-0275 |
| 22 | Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Fl, NY, NY 10017, Invoice # 33904 | November 2007 invoice, investor mailing services | | X | | 16,486.82 | | |
| 23 | Herron Companies, 2929 Edinger Avenue, Tustin, CA 92780 | Various invoices, property appraisals | | X | | 16,400.00 | | |
| 24 | Ice Miller LLP                                         One American Square, Suite 3100 Indianapolis, IN 46282 | Various invoices, Indiana foreclosure matter | | X | | 15,494.34 | | |
| 25 | San Luis Water District, 1015 6th Street, Los Banos, CA 93635 | Various invoices, water district taxes | | X | | 13,493.38 | | |
| 26 | Ellenoff Grossman & Schole LLP 150 East 42nd Street New York, NY 10017 | Various invoices, settlement matters and general asset management and protection matters | | X | | 12,195.00 | | |

| | Creditors Name And Mailing Address Including ZIP Code and Account Number | Date Claim was Incurred and consideration for claim. If claim is subject to setoff, so state | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Contact | Phone # |
|---|---|---|---|---|---|---|---|---|
| 27 | Urban Mall Houston, LP, 2100 W. 7th Street, Fort Worth, TX 76107, Unit 148-C-CU | May 2008 invoice, Mall common area maintenance charge | | x | | 10,567.62 | | |
| 28 | Jack Holler Commercial Real Est, 3910 Pecos-Mcleod Interconnect Suite A-100, Las Vegas, NV 89121 | July 2008 invoice, commercial RE valuation work for Tom Grimmett | | x | | 10,064.29 | | |
| 29 | Broad and Cassel, 1 North Clematis Street, Suite 500, West Palm Beach, FL, 33401 | Various invoices, Florida foreclosure legal matter | | x | | 10,005.55 | | |
| 30 | Fiore & Hamburger, 2 Gina Way, Boxford, MA 01921 | Aug 2008 invoice, MA legal matter as it relates to Amesbury | | x | | 7,200.00 | | |
| 31 | Landco, LP, 11281 Richmond Avenue, Ste J-105, Houston, TX 77083 | April 2008 invoice, Gess property survey | | x | | 6,600.00 | | |
| 32 | James Mintz Group            32 Avenue of the Americas, 21st Fl New York, NY 10013 | May 2008 invoice, investigation into Binford borrower's asset | | x | | 5,942.23 | | |
| 33 | Law Offices of Alan Vanderhoff     701 "B" Street, Suite 1000       San Diego, CA 92101 | Various invoices, 60th Street Venture property legal matter | | x | | 5,615.00 | | |
| 34 | Bullivant Houser Bailey PC, 300 Pioneer Tower, 888 SW Fifth Avenue, Portland, OR 97204 | Various invoices, Indiana foreclosure matter | | x | | 5,110.69 | | |
| 35 | O'Donnell/Atkins, 18201 Von Karman, Suite 150, Irvine, CA 92612 | 2008 Invoices, Property Appraisal work | | x | | 5,000.00 | | |
| 36 | Sonnenschein, Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, NY 10020 | Oct 2009 Invoice, Corporate goverance matter | | x | | 4,597.00 | | |
| 37 | Hahn Loeser Parks, 200 Public Square, Suite 3300, Cleveland, OH 44114 | May 2008 invoice, legal foreclosure matter as it relates to University Estates | | x | | 4,448.00 | | |
| 38 | Gray Robinson, Attorneys at Law, Suite 1400, 301 E. Pine Street, P.O. Box 3068, Orlando, FL 32802 | Oct 2008 invoice, Florida foreclosure legal matter (Palm Harbor) | | x | | 3,941.90 | | |
| 39 | Barack Ferrazzano Kirschbaum & Nagelberg LLP, 200 West Madison Street, Ste 3900, Chicago, IL 60606 | Various invoices, Illinois foreclosure legal matter | | x | | 3,704.50 | | |

| | Creditors Name And Mailing Address including ZIP Code and Account Number | Date Claim was incurred and consideration for claim. If claim is subject to setoff, so state | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Contact | Phone # |
|---|---|---|---|---|---|---|---|---|
| 40 | Bialson, Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, CA 94306 | June & July 2008 invoices, Del Valle Livingston property legal matter | | X | | 2,864.00 | | |
| 41 | MK Consultants, 21639 N. 12th Ave. Suite 105 Phoenix AZ 85027 | Nov 2007, Pinal County publication w/ respect to Cornman Toltec | | X | | 2,022.96 | | |
| 42 | Global Crossing Conferencing, 1499 West 121st Avenue, Westminster CO 80234 | Various invoices, Investor communications | | X | | 2,011.31 | | |
| 43 | City of Fort Myers, 2200 2nd St, Fort Myers, FL 33901-3026 | HFA Monaco property maintenance - June 2009 invoice | | X | | 1,534.39 | | |
| 44 | Goold, Patterson, Ales & Day, 4496 South Pecos Road, Las Vegas, NV 89121 | Legal matter - Sept 2009 invoice | | X | | 1,472.94 | | |
| 45 | O'Connor & Associates, 2200 North Loop West, Ste 200, Houston, TX 77018 | May 2008 invoice, Gess appraisal | | X | | 1,450.00 | | |
| 46 | Business Filings Division, 980 Ninth Street, 16th FL, Sacramento, CA 95814 | Business Filing and Incorporation Work | | X | | 956.00 | | |
| 47 | TXU Energy, PO Box 650764, Dallas, TX 75265-0764 | June 2009 invoice for Columbia Managing Partners property | | X | | 697.25 | | |
| 48 | Connor + Associates, 1650 One American Square, Box 82020, Indianapolis, IN 46282 | Various invoices, Indiana foreclosure matter | | X | | 516.13 | | |
| 49 | City of Fontana, 8353 Sierra Fontana, California 92335 | Sept 2008 invoice, City Invoice for weed abatement | | X | | 470.67 | | |
| 50 | Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002 | Waste Disposal in TX | | X | | 389.03 | | |
| | | | | | | | | |
| | TOTAL | | | | | 6,272,365.55 | | |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re:** | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **BUNDY 2.5 MILLION SPE LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

I, the Chief Restructuring Officer and Corporate Counsel of BUNDY 2.5 MILLION SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:    October 14, 2009

 

                   Signature:     /s/ Sara Pfrommer
                        Sara Pfrommer
                        Chief Restructuring Officer
                        and Corporate Counsel

## 20 Largest Creditors Holding Unsecured Nonpriority Claims - Bundy 2.5 Million SPE LLC (Direct Lender Creditors Only)

| # | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|---|
| 1 | P-1116 | August J. Amaral, Inc., a Nevada corporation | AUGUST J. AMARAL, INC. | 9644 ROLLING ROCK WAY | RENO | NV | 89521 | 775-851-1608 |
| 2 | P-2628 | John Nix & Lisa Nix, husband & wife, as joint tenants with right of survivorship | JOHN & LISA NIX | 836 TEMPLE ROCK CT | BOULDER CITY | NV | 89005 | 0 |
| 3 | P-2658 | Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | LARRY & PATSY RIEGER | 2615 GLEN EAGLES DR | RENO | NV | 89523 | 775-746-1439 |
| 4 | P-2716 | Donald S. Tomlin & Dorothy R. Tomlin Trustees of the Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust dated 10/24/79 | DONALD & DOROTHY TOMLIN | 7145 BEVERLY GLEN AVE | LAS VEGAS | NV | 89110 | 0 |
| 5 | P-2823 | Alvin L. Allen & Valerie Allen, husband & wife, as joint tenants with right of survivorship | ALVIN & VALERIE ALLEN | 4798 DESERT VISTA RD | LAS VEGAS | NV | 89121 | 0 |
| 6 | P-296 | Eric S. Perlman, an unmarried man | ERIC S. PERLMAN | PO BOX 8636 | TRUCKEE | CA | 96162 | 0 |
| 7 | P-2996 | Maria I. Mathieu, an unmarried woman | MARIA I. MATHIEU | 2623 ALBANO VILLA CT | LAS VEGAS | NV | 89121 | 0 |
| 8 | P-3174 | Lawrence A. Bush & Mary L. Bush, husband & wife, as joint tenants with right of survivorship | LAWRENCE & MARY BUSH | HCR 79 BOX 64 | CROWLEY LAKE | CA | 93546 | 760-935-4495 |
| 9 | P-3350 | Larry Fernandez Trustee of the Fernandez Family Trust dated 6/20/84 | LARRY FERNANDEZ | 3312 PLAZA DEL PAZ | LAS VEGAS | NV | 89102 | 0 |
| 10 | P-3461 | Helen R. Gray Trustee of the Helen R. Gray Revocable Trust dated 1/17/92 | HELEN R GRAY | 721 Riderwood Way | PROVO | UT | 84601 | 8016073002 |
| 11 | P-3485 | Anthony J. Zerbo, an unmarried man | ANTHONY J. ZERBO | 780 SARATOGA AVE APT S107 | SAN JOSE | CA | 95129 | 408-244-4662 |
| 12 | P-4072 | Marietta Voglis, a married woman dealing with her sole & separate property | MARIETTA VOGLIS | 3333 Allen Parkway #1102 | Houston | TX | 77019 | 281-888-1772 |
| 13 | P-4090 | Rose O. Hecker, a single woman & Anita Rosenfield, a single woman, as joint tenants with right of survivorship | ROSE O. HECKER & ANITA ROSENFIELD | 250 RAINTRAIL RD | SEDONA | AZ | 86351 | 928-284-2750 |
| 14 | P-4118 | David W. Sexton & Pamela K. Sexton, husband & wife, as joint tenants with right of survivorship | DAVID & PAMELA SEXTON | 21929 N 79TH PL | SCOTTSDALE | AZ | 85255 | 480-538-7991 |
| 15 | P-4288 | Richard E. Thurmond Limited Partnership, a Nevada limited partnership | RICHARD E. THURMOND LIMITED PARTNERSHIP | P.O. BOX 91482 | HENDERSON | NV | 89009 | 702-565-5778 |
| 16 | P-4355 | Nevada Trust Company Custodian for Cal-Mark Beverage Company Defined Benefit Plan | NEVADA TRUST COMPANY CUSTODIAN FOR CAL-MARK BEVERAGE COMPANY DEFINED BENEFIT PLAN | P O BOX 93685 | LAS VEGAS | NV | 89193 | 0 |
| 17 | P-4744 | Homfeld II, LLC, a Florida limited liability company | HOMFELD II, LLC | 2515 N ATLANTIC BLVD | FORT LAUDERDALE | FL | 33305 | 954-560-7709 |
| 18 | P-4746 | Joseph E. McMullin & Pearl A. McMullin, husband & wife, as joint tenants with right of survivorship | JOSEPH & PEARL MCMULLIN | 1887 WASHINGTON ST N | TWIN FALLS | ID | 83301 | 208-733-5897 |
| 19 | P-5490 | Darin B. Iverson & Tamara C. Iverson Trustees of the Iverson Family Trust dated 5/14/01 | DARIN & TAMARA IVERSON | 1001 AVENIDA PICO, SUITE C-508 | SAN CLEMENTE | CA | 92673 | 0 |

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| 20 | P-580 | Raymond T. Grenier Jr.Trustee of the Raymond T. Grenier, Jr. Trust dated 2/10/93 | RAYMOND T. GRENIER JR. | 119 BRIAR STREET | PRESCOTT | AZ | 86305 | 0 |
| 21 | P-5829 | Walter Mumm & Arlys Mumm, husband & wife, as joint tenants with right of survivorship | WALTER & ARLYS MUMM | 8055 50TH AVENUE NW | MONTE VIDEO | MN | 56265 | 3202696794 |
| 22 | P-6143 | Joseph C. Bellan & Verna J. Bellan Trustees of the Joseph C. Bellan & Verna J. Bellan Revocable Living Trust dated 2/4/00 | JOSEPH & VERNA BELLAN | 2466 23RD AVE | SAN FRANCISCO | CA | 94116 | 0 |
| 23 | P-6180 | A. Stephen Phillips & Frances E. Phillips Trustees of the Phillips Family Trust dated 10/24/89 | A. STEPHEN & FRANCES PHILLIPS | 2275 SCHOONER CIR | RENO | NV | 89509 | 0 |
| 24 | P-6283 | Janice Fortune Trustee of the Janice Fortune Living Trust dated 10/8/96 | JANICE FORTUNE | 6460 MONTREUX LN | RENO | NV | 89511 | 0 |
| 25 | P-6322 | Malden Ventures Ltd. | MALDEN VENTURES LTD. | PO BOX 10162 | ZEPHYR COVE | NV | 89448 | 0 |
| 26 | P-6426 | Alan W. Reid & Meriam A. Reid, husband & wife, as joint tenants with right of survivorship | ALAN & MERIAM REID | 935 FESTA WAY | SPARKS | NV | 89434 | 0 |
| 27 | P-6461 | Eric J. Schmitt and Valerie L. Schmitt, Trustees of The Schmitt Trust | ERIC & VALERIE SCHMITT | 5941 BRASSIE CIR | HUNTINGTON BEACH | CA | 92649 | 0 |
| 28 | P-6577 | Young Jin Park,a married woman and Sejin Park, a married man, as joint tenants with the righs of survivorship | YOUNG JIN PARK | 4417 LOS REYES CT | LAS VEGAS | NV | 89121 | 0 |
| 29 | P-6599 | Marion L. Sample, A single woman and Vernon Olson, A single man as tenants in common | MARION L. SAMPLE | 3748 CLEARWATER DR | LAKE HAVASU CITY | AZ | 86406 | 928-680-9198 |
| 30 | P-6614 | Billy James Corley Trustee of the Billy James Corley Revocable Living Trust dated 9/13/04 | BILLY JAMES CORLEY | 8896 W. Potter Drive | Peoria | AZ | 85382 | 7023212988 |
| 31 | P-6681 | Ronald M. Toft, a single man | RONALD M. TOFT | PO BOX 1474 | CARSON CITY | NV | 89702 | 0 |
| 32 | P-7134 | First Savings Bank Custodian for George R. Haney IRA | GEORGE R. HANEY IRA | 3289 TOPAZ LN. | CAMERON PARK | CA | 95682 | 0 |
| 33 | P-7140 | Donald H. Pinsker, an unmarried man | DONALD H. PINSKER | 8650 W VERDE WAY | LAS VEGAS | NV | 89149 | 702-515-0869 |
| 34 | P-7207 | William L. McQuerry, Trustee of the McQuerry Family Trust dated 1/25/80 | WILLIAM L. MCQUERRY | 318 SINGING BROOK CIR | SANTA ROSA | CA | 95409 | 0 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **BUNDY FIVE MILLION LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) <br> *Name of creditor and complete mailing address including zip code* | (2) <br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br> *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) <br> *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of BUNDY FIVE MILLION LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:   October 14, 2009

Signature:   /s/ Sara Pfrommer
Sara Pfrommer
Chief Restructuring Officer
and Corporate Counsel

# 20 Largest Creditors Holding Unsecured Nonpriority Claims - Bundy Five Million LLC (Direct Lender Creditors Only)

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-1116 | August J. Amaral, Inc., a Nevada corporation | AUGUST J. AMARAL, INC. | 9644 ROLLING ROCK WAY | RENO | NV | 89521 | 775-851-1608 |
| P-1795 | Daniel B. Lisek, Claire Lisek & Gayle Harkins Trustees of the Lisek Family Trust dated 1/29/92 | DANIEL LISEK, CLAIRE LISEK & GAYLE HARKINS | 729 GARYS WAY | CARSON CITY | NV | 89701 | 775-884-2767 |
| P-1868 | Donald W. Cook Trustee of the Donald W. Cook Trust | DONALD W COOK | 7228 ESTRELLA DEMAR ROAD | CARLSBAD | CA | 92009 | 760-438-1604 |
| P-2221 | Wesley L. Monroe & Jeannie M. Monroe, as joint tenants with right of survivorship | JEANNIE MONROE | 510 E JACKPINE CT | SPOKANE | WA | 99208 | 509-467-4023 |
| P-3051 | James B. Corison Trustee of the James B. Corison Trust dated 12/3/98 | JAMES B CORISON | 1427 Kearney St. | St. Helena | CA | 94574 | 0 |
| P-3246 | Denise F. Fager Trustee of the Denise F. Fager Revocable Trust under agreement dated 2/28/03 | DENISE F FAGER | 23741 BRISBANE BAY | DANA POINT | CA | 92629 | 949-218-8290 |
| P-3535 | John E. O'Riordan & Sonhild A. O'Riordan, husband & wife, as joint tenants with the right of survivorship | JOHN & SONHILD O'RIORDAN | 2745 HARTWICK PINES DR | HENDERSON | NV | 89052 | 0 |
| P-3567 | Karen Petersen Tyndall Trustee of the Karen Petersen Tyndall Trust dated 3/9/94 | KAREN PETERSEN TYNDALL | 1012 GREYSTOKE ACRES ST | LAS VEGAS | NV | 89145 | 702-498-1722 |
| P-3769 | Robert E. Ray & Peggie Ray Trustees of the Ray Family Trust dated 6/28/89 | PEGGIE RAY | 1782 CYPRESS LAKE CT | HENDERSON | NV | 89012 | 7025671757 |
| P-3968 | Wayne A. Dutt & Cynthia Deann Dutt Trustees of the Wayne A. Dutt Trust | CYNTHIA & WAYNE DUTT | 2929 HARBOR COVE DR | LAS VEGAS | NV | 89128 | 702-256-2929 |
| P-4018 | Mel Herman & Emma Herman husband & wife as joint tenants with rights of survivorship | MEL & EMMA HERMAN | 4590 EUCALYPTUS AVE STE A | CHINO | CA | 91710 | 5626904501 |
| P-4093 | Gerald W. Gray & Sherry A. Gray Co-Trustees under declaration of trust dated 7/19/79 | GERALD & SHERRY GRAY | PO BOX 8351 | INCLINE VILLAGE | NV | 89452 | 775-832-8453 |
| P-5307 | Robert W. Roberts & Donna R. Roberts, husband & wife, as joint tenants with right of survivorship | ROBERT & DONNA ROBERTS | 4708 NE 199TH AVE | VANCOUVER | WA | 98682 | 0 |
| P-5402 | Zawacki, a California LLC | KENNETH ZAWACKI | PO BOX 5156 | BEAR VALLEY | CA | 95223 | 209-753-2055 |
| P-6127 | Paulius Mosinskis, a married man dealing with his sole & separate property | PAULIUS MOSINSKIS | 1545 GRUVERSVILLE RD | RICHLANDTOWN | PA | 18955 | 610-751-3493 |
| P-6315 | Raymond Troll Trustee of the Raymond Troll Trust | RAYMOND TROLL | 77420 SKY MESA LN | INDIAN WELLS | CA | 92210 | 7602009958 |
| P-6396 | First Savings Bank Custodian For Jay P. Hingst IRA | JAY P. HINGST IRA | 7287 E MINGUS TRAIL | PRESCOTT VALLEY | AZ | 86314-976 | 0 |
| P-7003 | First Savings Bank Custodian For Noel E. Rees IRA | NOEL E. REES IRA | 2304 SUN CLIFFS ST | LAS VEGAS | NV | 89134 | 702-645-0483 |
| P-7467 | First Savings Bank Custodian For Brian L. Riley IRA | BRIAN L. RILEY IRA | 2710 CRESTWOOD LN | HIGHLAND VILLAGE | TX | 75077 | 0 |
| P-929 | Daniel D. Newman Trustee of the Daniel D. Newman Trust dated 11/1/92 | DANIEL D. NEWMAN | 125 ELYSIAN DR. | SEDONA | AZ | 86336 | 928-282-5466 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **CFP ANCHOR B SPE LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of CFP ANCHOR B SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:    October 14, 2009

Signature:     /s/ Sara Pfrommer
    Sara Pfrommer
    Chief Restructuring Officer
    and Corporate Counsel

# 20 Largest Creditors Holding Unsecured Nonpriority Claims - CFP Anchor B SPE LLC (Direct Lender Creditors Only)

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-1369 | Helen N. Graeber, a single woman | HELEN N. GRAEBER | PO BOX 48 | YAZOO CITY | MS | 39194 | 0 |
| P-1600 | Byrne E. Falke Sr. Trustee of the Village Hardware Pension Trust | BYRNE E FALKE SR | PO BOX 3506 | INCLINE VILLAGE | NV | 89450 | 760-742-0539 |
| P-1945 | James E. Ahern, an unmarried man | JAMES E. AHERN | 6766 RUNNYMEDE DR | SPARKS | NV | 89436 | 775-626-0437 |
| P-2183 | Norman Kiven, a married man dealing with his sole & separate property | NORMAN KIVEN | 30 NORTH LASALLE STREET, SUITE 3000 | CHICAGO | IL | 60602 | 0 |
| P-2221 | Wesley L. Monroe & Jeannie M. Monroe, as joint tenants with right of survivorship | JEANNIE MONROE | 510 E JACKPINE CT | SPOKANE | WA | 99208 | 509-467-4023 |
| P-2320 | Richard R. Tracy Trustee of the Reno Aeronautical Corporation Defined Benefit Retirement Plan | RICHARD R TRACY | 3000 Old Ranch Road | CARSON CITY | NV | 89704 | 7758838410 |
| P-2350 | Adrian J.R. Oosthuizen, a married man dealing with his sole & separate property | ADRIAN J.R. OOSTHUIZEN | 5860 LAUSANNE DR | RENO | NV | 89511 | 775-849-7869 |
| P-2708 | Monighetti, Inc., a Nevada corporation | MONIGHETTI, INC. | 6515 FRANKIE LN | PRUNEDALE | CA | 93907 | 0 |
| P-2749 | Donald P. Clark Trustee of the Donald P. Clark Family Trust dated 10/25/94 | DONALD P CLARK | 305 W MOANA LN | RENO | NV | 89509 | 775-828-3355 |
| P-2875 | Guenther Leopold & Adelle Leopold Trustees of the Guenther & Adelle Leopold Family Trust dated 1/01/82 | GUENTHER & ADELLE LEOPOLD | 3080 ARGUELLO DR | BURLINGAME | CA | 94010 | 0 |
| P-3107 | Peter W. Capone & Deidre D. Capone, husband & wife, as joint tenants with right of survivorship | PETER & DEIDRE CAPONE | PO BOX 1470 | GARDNERVILLE | NV | 89410 | 775-265-9480 |
| P-3314 | Stephanie J. Snyder, an unmarried woman | STEPHANIE J. SNYDER | PO BOX 11707 | ZEPHYR COVE | NV | 89448 | 775-588-5757 |
| P-3320 | David E. Derby & Patricia J. Derby, husband & wife, as joint tenants with the right of survivorship | DAVID & PATRICIA DERBY | 6223 BUFFALO RUN | LITTLETON | CO | 80125 | 0 |
| P-3339 | Eugene W. Cady & Sandra L. Cady Trustees of the Eugene W. Cady & Sandra L. Cady Trust dated 9/24/85 | EUGENE & SANDRA L CADY | 20 SKYLINE CIRCLE | RENO | NV | 89509 | 7758268684 |
| P-3443 | Kim W. Gregory & Debbie R. Gregory Trustees of the Gregory Family Trust of 1988 | KIM & DEBBIE GREGORY | 6242 COLEY AVE | LAS VEGAS | NV | 89146 | 702-361-5111 |
| P-3455 | Annee Nounna Trustee of the Annee Nounna Family Trust | ANNEE NOUNNA | 8057 LANDS END AVE | LAS VEGAS | NV | 89117 | 0 |
| P-3815 | Robert J. Kehl & Ruth Ann Kehl, husband & wife, as joint tenants with right of survivorship | ROBERT & RUTH KEHL | 4963 MESA CAPELLA DR | LAS VEGAS | NV | 89148 | 0 |
| P-4021 | James B. Cardwell & Reba Jo Cardwell Trustees of the Cardwell Family Trust | JAMES & REBA CARDWELL | 505 E WINDMILL LN # 1-B-158 | LAS VEGAS | NV | 89123 | 7024969455 |
| P-4131 | Richard F. Casey, III & Kathryn A. Casey Trustees of the Casey Family Trust | RICHARD & KATHRYN CASEY, III | 4558 Roop Road | GILROY | CA | 95020 | 408-847-1133 |
| P-4744 | Homfeld II, LLC, a Florida limited liability company | HOMFELD II, LLC | 2515 N ATLANTIC BLVD | FORT LAUDERDALE | FL | 33305 | 954-560-7709 |
| P-4985 | Bill Penn & Isa Penn Trustees of the Penn Family Trust dated 1/20/90 | BILL & ISA PENN | 27415 TREFOIL ST. | MURRIETTA | CA | 92562 | 0 |
| P-5178 | Mark A. Dolginoff Trustee of the Mark A. Dolginoff Separate Property Trust dated 11/27/97 amended/restated on 5/10/00 | MARK A DOLGINOFF | 2003 SILVERTON DR | HENDERSON | NV | 89074 | 702-837-7644 |
| P-5619 | First Savings Bank FBO Arthur I Kriss | ARTHUR I KRISS | 2398 WEST 1050 NORTH | HURRICANE | UT | 84737 | 435-635-5466 |
| P-5818 | Steven Marx & Shauna M. Marx Trustees of the Marx Family Trust | STEVEN & SHAUNA MARX | 5990 THIROS CIR | LAS VEGAS | NV | 89146 | 0 |
| P-6219 | Mary E. Russell Trustee of the Russell Revocable Trust dated 9/21/93 | MARY E. RUSSELL | 9543 BROADWAY APT 7 | TEMPLE CITY | CA | 91780 | 626-287-1888 |
| P-6239 | Marcia J. Knox Trustee of the Marcia J. Knox Living Trust dated 8/16/04 | MARCIA J. KNOX | 1885 VINTNERS PL | RENO | NV | 89519 | 775-826-9195 |

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-6350 | Donald Briney Trustee of the Briney Family Trust | DONALD BRINEY | 16757 HILLSIDE DR | CHINO HILLS | CA | 91709 | 0 |
| P-6455 | First Savings Bank Custodian For Marvin Nicola, IRA | MARVIN NICOLA, IRA | 10447 CHEVY LN | LA MESA | CA | 91941 | 619-699-9006 |
| P-6581 | Bunny C. Vreeland, an unmarried woman | BUNNY C. VREELAND | 2334 EAGLE CREEK LN | OXNARD | CA | 93036 | 0 |
| P-6615 | Robert R. Wade Trustee of the Robert R. Wade Revocable Trust dated 5/22/01 | ROBERT R. WADE | PO BOX 911209 | ST GEORGE | UT | 84791 | 0 |
| P-6617 | Catherine D. Oppio Trustee of the Catherine D. Oppio Trust dated 2/11/04 | CATHERINE D. OPPIO | PO BOX 15 | CRYSTAL BAY | NV | 89402 | 0 |
| P-6653 | Robert E. Brooks, a married man dealing with his sole and separate property | ROBERT E. BROOKS | 1405 14TH AVE SW | MINOT | ND | 58701 | 0 |
| P-6678 | Jerry L. Blackman, Sr. and Carolyn N. Blackman Living Trust, dated 11/26/01 | JERRY L. BLACKMAN, SR. & CAROLYN N. BLACKMAN | 69316 STIRRUP STREET | SISTERS | OR | 97759 | 541-788-5725 |
| P-6697 | First Savings Bank Custodian for Timothy J. Porter IRA | TIMOTHY J. PORTER IRA | 8970 SOUTH BANK DR | ROSEBURG | OR | 97470 | 0 |
| P-6713 | Dominique Naylon, an unmarried woman | DOMINIQUE NAYLON | PO BOX 2 | TOPAZ | CA | 96133 | 530-495-2727 |
| P-6722 | Robert F. Smith and Terrylin W. Smith, Trustees of the Robert F. and Terrylin W. Smith Trust dated 2/6/92 | ROBERT & TERRYLIN SMITH | P.O. Box 40072 | RENO | NV | 89504 | 775-348-9559 |
| P-6723 | Ruby M. Hill, Trustee of The Ruby M. Hill Family Trust dated December 12, 1992 | RUBY M. HILL | 7855 N. Pershing Ave | STOCKTON | CA | 95207 | 0 |
| P-6724 | First Trust Co. of Onaga Custodian for Thomas C. Gray IRA | FIRST TRUST CO. OF ONAGA CUSTODIAN FOR THOMAS C. GRAY IRA | 214 W. 9TH STREET | ONAGA | KS | 66521 | 0 |
| P-6725 | Nounna Family Partnership, Annee Nounna, General Partner | ANNEE NOUNNA | 8057 LANDS END AVE | LAS VEGAS | NV | 89117 | 0 |
| P-6727 | Michael E. Joyner & Stephanie M. Joyner, Trustees of the 1988 Joyner Family Trust dtd 12-29-88 | MICHAEL & STEPHANIE JOYNER | HC 69 BOX 110 | GUNLOCK | UT | 84733 | 0 |
| P-6728 | William B. Fitzgerald & Sharon R. Fitzgerald, husband & wife, as joint tenants with right of survivorship | WILLIAM & SHARON FITZGERALD | 24 CARRINGTON WAY | RENO | NV | 89506 | 0 |
| P-6733 | Allen Herd and Marilyn Herd, Trustees of the Herd Family Trust dated 4/23/90 | ALLEN & MARILYN HERD | 598 ALAWA PL | ANGELS CAMP | CA | 95222 | 0 |
| P-6736 | Annemarie Rehberger, Trustee of the Rehberger Family Trust dated 6/17/92 | ANNEMARIE REHBERGER | PO BOX 3651 | INCLINE VILLAGE | NV | 89450 | 775-831-4444 |
| P-6738 | Bernard Cohen and Elaine Cohen, Trustees of the Bernard Cohen Trust dated 3/24/88 | BERNARD & ELAINE COHEN | 4533 WHITE CEDAR LN | DELRAY BEACH | FL | 33445 | 0 |
| P-6745 | Hillari Tischler payable on death to Howard Tischler | HILLARI TISCHLER | 7408 DOE AVE | LAS VEGAS | NV | 89117 | 702-838-5278 |
| P-7839 | Compass Partners LLC | COMPASS PARTNERS LLC | 333 SEVENTH AVENUE, THIRD FLOOR | NEW YORK | NY | 10001 | 0 |
| P-845 | Martha W. Potter Trustee of the Martha W. Potter Revocable Trust | CLAIR W POTTER | 2643 RICHMAR DR | BEAVERCREEK | OH | 45434 | 937-426-2800 |
| P-90 | Alicia Jenkins, a single woman | ALICIA JENKINS | 211 S JEFFERSON ST | FRONTENAC | KS | 66763 | 0 |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In Re: | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **CFP CORNMAN TOLTEC SPE LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
| --- | --- | --- | --- | --- |
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of CFP CORNMAN TOLTEC SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:    October 14, 2009

                                   Signature:      /s/ Sara Pfrommer
                                                     Sara Pfrommer
                                                        Chief Restructuring Officer
                                                     and Corporate Counsel

# 20 Largest Creditors Holding Unsecured Nonpriority Claims - CFP Cornman Toltec SPE LLC (Direct Lender Creditors Only)

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-111 | Jack A. Krietzburg & Sharon M. Krietzburg Trustees of the Crosstown Living Trust dated 11/12/98 (#3496-4193) | JACK & SHARON KRIETZBURG | 214 CALLE GALISTEO | SANTA FE | NM | 87508 | 505-471-6945 |
| P-1116 | August J. Amaral, Inc., a Nevada corporation | AUGUST J. AMARAL, INC. | 9644 ROLLING ROCK WAY | RENO | NV | 89521 | 775-851-1608 |
| P-1670 | The Sherriff Family, LLC, a Nevada limited liability company | THE SHERRIFF FAMILY, LLC | 774 MAYS BLVD STE 10 PMB 313 | INCLINE VILLAGE | NV | 89451 | 530-409-8207 |
| P-1805 | Robert Jay Goffstein Trustee of the Robert & Alicia Goffstein Trust dated 2/25/94 | ROBERT GOFFSTEIN | 1440 MACDONALD RANCH DR | HENDERSON | NV | 89012 | 0 |
| P-2398 | T. Dwight Sper & Bonnie J. Sper Trustees of the T.D.S. Revocable Family Trust dated 9/29/98 | BONNIE SPER | 1005 CYPRESS RIDGE LN | LAS VEGAS | NV | 89144 | 702-243-5999 |
| P-2580 | Walter E. Seebach Trustee of the Walter E. Seebach Living Trust dated 11/1/85 | WALTER E SEEBACH | 1118 MAYETTE AVE | SAN JOSE | CA | 95125 | 408-267-1424 |
| P-4744 | Homfeld II, LLC, a Florida limited liability company | HOMFELD II, LLC | 2515 N ATLANTIC BLVD | FORT LAUDERDALE | FL | 33305 | 954-560-7709 |
| P-5116 | Fraley Limited Partnership, a Nevada limited partnership | FRALEY LIMITED PARTNERSHIP | 9030 W SAHARA AVE # 240 | LAS VEGAS | NV | 89117 | 0 |
| P-5129 | Grable B. Ronning, an unmarried woman | GRABLE B. RONNING | PO BOX 7804 | INCLINE VILLAGE | NV | 89452 | 0 |
| P-5474 | Leif A. Johansen & Roberta K. Johansen Trustees of The Johansen Family Trust dated 10/23/87; as Amended 6/11/04 | LEIF & ROBERTA JOHANSEN | PO BOX 2773 | TRUCKEE | CA | 96160 | 0 |
| P-5842 | Gary S. Brill Trustee of the Gary S. Brill Living Trust dated 9/21/83 as amended & restated on 3/20/88 | GARY S. BRILL | 16255 VENTURA BLVD, STE 215 | ENCINO | CA | 91436 | 818-990-1568 |
| P-6142 | Daniel C. Altman & Barbara A. Altman Trustees of the Altman Living Trust dated 11/4/04 | DANIEL & BARBARA ALTMAN | PO BOX 4134 | INCLINE VILLAGE | NV | 89450 | 0 |
| P-6312 | Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01 | ADIB & ELLEN AL-AWAR | 1330 BURRO CT | GARDNERVILLE | NV | 89410 | 7757838390 |
| P-6363 | Duane Steward and Diane J. Steward, husband and wife, as joint tenants with the right of survivorship | DUANE & DIANE STEWARD | 21804 EASTMERE LANE | FRIANT | CA | 93626 | 0 |
| P-6371 | First Savings Bank Custodian For Jack Mennis IRA | JACK MENNIS IRA | 4074 Little Spring Dr. | Allison Park | PA | 15101 | 412-512-7285 |
| P-6407 | James M. McConnell and Maudrene F. McConnell, Trustees of the McConnell Family Trust dated 12/3/81 | JAMES & MAUDRENE MCCONNELL | 970 FAIRWAY BLVD | INCLINE VILLAGE | NV | 89451 | 775-287-0478 |
| P-6671 | Michael T. Bridges, Trustee of the Bridges Family Trust | MICHAEL T. BRIDGES | 4235 CITRUS CIR | YORBA LINDA | CA | 92886 | 0 |
| P-6746 | James F. Lawrence and Arla M. Lawrence, trustees of The James F. Lawrence and Arla Lawrence Revocable Trust Dated 1-19-04 | JAMES & ARLA LAWRENCE | 14412 N. Giant Saguaro Pl. | Oro Valley | AZ | 85775 | 520-742-2094 |
| P-6789 | Holly J. Pickerel, a single woman | HOLLY J. PICKEREL | 3415 COOPER ST | SAN DIEGO | CA | 92104 | 619-283-3678 |
| P-6868 | Alan S. Duncan & Carolyn A. Duncan Trustees of the Alan S. & Carolyn A. Duncan Declaration of Trust dtd 09-03-98 | ALAN & CAROLYN DUNCAN | 2316 GRANDVIEW AVE | MANHATTAN BEACH | CA | 90266 | 0 |
| P-7408 | Carol Edward Associates, a California Limited Partnership | CAROL EDWARD ASSOCIATES | PO BOX 8543 | INCLINE VILLAGE | NV | 89452 | 0 |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re:** | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **CFP GESS SPE LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of CFP GESS SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:    October 14, 2009

Signature:    /s/ Sara Pfrommer
       Sara Pfrommer
       Chief Restructuring Officer
       and Corporate Counsel

**Schedule F - Creditors Holding Unsecured Nonpriority Claims - CFP Gress SPE LLC (Direct Lender Creditors Only)**

Creditors Name And Mailing Address Including ZIP Code and Account Number

| P-number | Legal/Vesting | Direct Lender Name | Address | City | State | Zip | Country | Primary Phone |
|---|---|---|---|---|---|---|---|---|
| P-1023 | Brett W. Sperry, an unmarried man | BRETT W. SPERRY | 2553 SEASCAPE DR | LAS VEGAS | NV | 89128 | USA | 0 |
| P-174 | Raymond J. Healey | RAYMOND J. HEALEY | 10621 TURQUOISE VALLEY | LAS VEGAS | NV | 89144 | USA | 0 |
| P-176 | X-Factor, Inc., a Nevada corporation | X-FACTOR, INC. /ALAN ARTF | P.O. BOX 41 | MARLETTON | OR | 97453 | USA | 541 245 4128 |
| P-2537 | Valerie Callahan, an unmarried woman, & Charles R. Marasten, an unmarried man | VALERIE CALLAHAN & CHAR | 12565 CREEK CREST DR | RENO | NV | 89511 | USA | 0 |
| P-3029 | Dennis Baggi, a married man dealing with his sole & separate property | DENNIS BAGGI | PO BOX 10475 | ZEPHYR COVE | NV | 89448 | USA | 775 901 1357 |
| P-3045 | M&H Family Investment Limited, a Texas company | M&H FAMILY INVESTMENT | 8912 E PINNACLE PEAK RD | SCOTTSDALE | AZ | 85255 | USA | 214 557 2403 |
| P-3753 | Preswick Corp., a Nevada corporation | PRESWICK CORP. | 1400 COLORADO ST STE C | BOULDER CITY | NV | 89005 | USA | 702 293 4816 |
| P-4207 | B & W Precast Construction, Inc., a California corporation | B & W PRECAST CONSTRUC | 2511 HARMONY GROVE RD | ESCONDIDO | CA | 92029 | USA | 0 |
| P-437 | Dr. Gary L. Kantor, an unmarried man | DR. GARY L. KANTOR | 2855 VISTA DEL SOL AVE | LAS VEGAS | NV | 89120 | USA | 702 451 6834 |
| P-480 | Helms Homes, LLC, a Nevada limited liability company | HELMS HOMES, LLC | 805 UPLAND BLVD | LAS VEGAS | NV | 89107 | USA | 702 256 1044 |
| P-5116 | Fraley Limited Partnership, a Nevada limited partnership | FRALEY LIMITED PARTNERS | 9030 W SAHARA AVE # 249 | LAS VEGAS | NV | 89117 | USA | 0 |
| P-5180 | Charles B. Anderson Trustee of the Charles B. Anderson Trust | CHARLES B ANDERSON | 211 COPPER RIDGE CT | BOULDER CITY | NV | 89005 | USA | 0 |
| P-5242 | Jack Snow & Heidi Snow, husband & wife, as joint tenants with right of survivorship | JACK & HEIDI SNOW | PO BOX 67 | ZEPHYR COVE | NV | 89448 | USA | 775 832 5015 |
| P-5499 | Morris Massry, a married man dealing with his sole & separate property | MORRIS MASSRY | 255 WASHINGTON AVE EXT | ALBANY | NY | 12205 | USA | 0 |
| P-5831 | Arthur P. Schnitzer & Lynn S. Schnitzer Trustees of the Schnitzer Living Trust dated | ARTHUR & LYNN SCHNITZE | 20155 NE 38TH CT APT 1604 | AVENTURA | FL | 33180 | USA | 305 933 8135 |
| P-6023 | Terry Helms Trustee of the Terry Helms Living Trust dated 11/11/94 | TERRY HELMS | 805 UPLAND BLVD | LAS VEGAS | NV | 89107 | USA | 702 258 1044 |
| P-6254 | Loyal Downtown, Trustee of the Lora and Loyal Downtown Family Trust | LOYAL CROWNOVER | 2213 PLAZA DEL PUERTO | LAS VEGAS | NV | 89102 | USA | 0 |
| P-6363 | Duane Steward and Diane J. Steward, husband and wife, as joint tenants with the | DUANE & DIANE STEWARD | 21804 E FATHER LANE | FRIANT | CA | 93626 | USA | 0 |
| P-6394 | Antonio C. Alamo, Trustee of the Alamo Family Trust dated 12/10/86 | ANTONIO C. ALAMO | 85 VENTANA CANYON DR | LAS VEGAS | NV | 89113 | USA | 702 371 3200 |
| P-6398 | Richard F. Kudrna Jr., a married man dealing with his sole and separate property | RICHARD F. KUDRNA JR. | PO BOX 2846 | GARDNERVILLE | NV | 89410 | USA | 0 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **CFP GRAMERCY SPE LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of CFP GRAMERCY SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:    October 14, 2009   

Signature:    /s/ Sara Pfrommer   
Sara Pfrommer
Chief Restructuring Officer
and Corporate Counsel

# 20 Largest Creditors Holding Unsecured Nonpriority Claims - CFP Gramercy SPE LLC (Direct Lender Creditors Only)

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-111 | Jack A. Krietzburg & Sharon M. Krietzburg Trustees of the Crosstown Living Trust dated 11/12/98 (#3496-4193) | JACK & SHARON KRIETZBURG | 214 CALLE GALISTEO | SANTA FE | NM | 87508 | 505-471-6945 |
| P-2342 | LPGE Corp, an Illinois Corporation | GEORGE A. HALL | 3077 WAILANI ROAD APT C | HONOLULU | HI | 96813 | 808-523-3344 |
| P-2505 | Burton M. Sack, a married man dealing with his sole & separate property | BURTON M. SACK | 415 L'AMBIANCE DR PH-D | LONGBOAT KEY | FL | 34228 | 941-383-1970 |
| P-2716 | Donald S. Tomlin & Dorothy R. Tomlin Trustees of the Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust dated 10/24/79 | DONALD & DOROTHY TOMLIN | 7145 BEVERLY GLEN AVE | LAS VEGAS | NV | 89110 | 0 |
| P-2871 | Jack J. Beaulieu Trustee of the Jack J. Beaulieu Revocable Living Trust dated 9/1/94 | JACK J BEAULIEU | 2502 PALMA VISTA AVE | LAS VEGAS | NV | 89121 | 0 |
| P-2921 | First Savings Bank Custodian For L. Earle Romak IRA | L. EARLE ROMAK IRA | P.O. BOX 6185 | INCLINE VILLAGE | NV | 89450 | 775-831-3371 |
| P-3567 | Karen Petersen Tyndall Trustee of the Karen Petersen Tyndall Trust dated 3/9/94 | KAREN PETERSEN TYNDALL | 1012 GREYSTOKE ACRES ST | LAS VEGAS | NV | 89145 | 702-498-1722 |
| P-3569 | Russell E. Karsten Trustee of the Karsten 1987 Trust | RUSSELL E KARSTEN | 6325 S VALLEY VIEW BLVD | LAS VEGAS | NV | 89118 | 0 |
| P-3753 | Preswick Corp., a Nevada corporation | PRESWICK CORP. | 1400 COLORADO ST STE C | BOULDER CITY | NV | 89005 | 702-293-4816 |
| P-4284 | Duane U. Deverill Trustee of the Nevada Freedom Corp. PSP dated 10/1/90 AMD 9/1/95 For the Benefit of Debra L. Deverill | DUANE U. DEVERILL | P.O. BOX 4718 | INCLINE VILLAGE | NV | 89450 | 619-232-6024 |
| P-5118 | Dale L. Tuttle, an unmarried man | DALE L. TUTTLE | 2881 NORTH RANCHO BLDG 22 APT 115 | LAS VEGAS | NV | 81930 | 702-202-3089 |
| P-5190 | Charles B. Anderson Trustee of the Charles B. Anderson Trust | CHARLES B ANDERSON | 211 COPPER RIDGE CT | BOULDER CITY | NV | 89005 | 0 |
| P-5402 | Zawacki, a California LLC | KENNETH ZAWACKI | PO BOX 5156 | BEAR VALLEY | CA | 95223 | 209-753-2055 |
| P-5562 | Duane U. Deverill Trustee of the Nevada Freedom Corp. PSP dated 10/1/90 AMD 9/1/95 For the Benefit of Duane U. Deverill | DUANE U. DEVERILL | P.O. BOX 4718 | INCLINE VILLAGE | NV | 89450 | 619-232-6024 |
| P-6023 | Terry Helms Trustee of the Terry Helms Living Trust dated 11/11/94 | TERRY HELMS | 809 UPLAND BLVD | LAS VEGAS | NV | 89107 | 702-258-1044 |
| P-7635 | Eric Lynn Lester and Cassie Lester, husband and wife, as Joint Tenants with Right of Survivorship | ERIC & CASSIE LESTER | 9465 SW 151st Ave | BEAVERTON | OR | 97007 | 0 |
| P-7833 | Sierra Liquidity Fund, LLC | SIERRA LIQUIDITY FUND, LLC | 2699 WHITE ROAD, STE #255 | IRVINE | CA | 92614 | 949-660-1144 x17 |
| P-7834 | Hall Phoenix Inwood, Ltd. | BRYAN TOLBERT | 6801 GAYLORD PARKWAY ,SUITE 100 | FRISCO | TX | 75034 | 972-377-1131 |
| P-7838 | CCM Pathfinder Pompano Bay, LLC | MITCH SIEGLER | 4350 LA JOLLA VILLAGE DRIVE SUITE 410 | SAN DIEGO | CA | 92122 | 858-625-5286 |
| P-7839 | Compass Partners LLC | COMPASS PARTNERS LLC | 333 SEVENTH AVENUE, THIRD FLOOR | NEW YORK | NY | 10001 | 0 |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re:** | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **FIESTA STONERIDGE LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

I, the Chief Restructuring Officer and Corporate Counsel of FIESTA STONERIDGE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:    October 14, 2009

Signature:    /s/ Sara Pfrommer
Sara Pfrommer
Chief Restructuring Officer
and Corporate Counsel

## 20 Largest Creditors Holding Unsecured Nonpriority Claims - Fiesta Stoneridge LLC (Direct Lender Creditors Only)

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|---|
| 1 | P-1023 | Brett W. Sperry, an unmarried man | BRETT W. SPERRY | 2553 SEASCAPE DR. | LAS VEGAS | NV | 89128 | 0 |
| 2 | P-1668 | Gabriel A. Martinez Trustee of the GGRM Pension Profit Sharing Plan | GABRIELA MARTINEZ | 601 S 9TH ST | LAS VEGAS | NV | 89101 | 0 |
| 3 | P-202 | Carallas Holdings, Inc. | CARALLAS HOLDINGS, INC. | 6205 AIRPORT ROAD B 5TH FLOOR | MISSISSAUGA | ONTARIO | L4V1E3 | 905-677-5480 |
| 4 | P-2329 | Rains Properties, LP, a Nevada limited partnership | RAINS PROPERTIES, LP | PO BOX 12088 | LAS VEGAS | NV | 89112 | 0 |
| 5 | P-2560 | Gilda Ferrara, an unmarried woman | GILDA FERRARA | 36 PINE ST | TRUMBULL | CT | 06611 | 0 |
| 6 | P-2753 | Nogah Gaynor, Laurie Merlis & Steven Elster, joint tenants with right of survivorship | NOGAH GAYNOR, LAURIE MERLIS & STEVEN ELSTER | 110 SCOOTER LN | HICKSVILLE | NY | 11801 | 0 |
| 7 | P-2850 | John D. Vanderslice & Nancy C. Vanderslice Trustees of the Vanderslice Trust dated 6/1/96 | JOHN & NANCY VANDERSLICE | PO BOX 5354 | MOHAVE VALLEY | AZ | 86446 | 0 |
| 8 | P-2896 | Richard Pocock & Cathy Pocock, husband & wife, as joint tenants with right of survivorship | RICHARD & CATHY POCOCK | 1101 W BROADWAY ST | NEEDLES | CA | 92363 | 7603262312 |
| 9 | P-3274 | Bruce D. Bryen, an unmarried man, transfer on death to Erica Bryen, an unmarried woman | BRUCE D. BRYEN | 777 S FEDERAL HWY APT N409 | POMPANO BEACH | FL | 33062 | 0 |
| 10 | P-3420 | George J. Gage & Miriam B. Gage Co-Trustees of the George Gage Trust dated 10/8/99 | GEORGE & MIRIAM GAGE | 10813 BRINKWOOD AVE | LAS VEGAS | NV | 89134 | 0 |
| 11 | P-3507 | Jamie Huish & Margo Huish, husband & wife, as joint tenants with right of survivorship | JAMIE & MARGO HUISH | 2013 MADAGASCAR LN | LAS VEGAS | NV | 89117 | 0 |
| 12 | P-3663 | Marcella Martinez & Ross Martinez Trustees of the Martinez Family Trust dated 2/24/97 | MARCELLA & ROSS MARTINEZ | 4011 E. OQUENEO RD. | LAS VEGAS | NV | 89120 | 702-622-2133 |
| 13 | P-3767 | Thomas E. Bishofberger & Betty Bishofberger Trustees of the Bishofberger Char. Rem. Trust UAD 11/3/94 | THOMAS & BETTY BISHOFBERGER | 2176 TIGER WILLOW DR | HENDERSON | NV | 89012 | 702-617-3541 |
| 14 | P-39 | William H. Favro & Carol M. Favro Trustees of the Favro Trust dated 9/14/00 | WILLIAM & CAROL FAVRO | 8909 ROCKY SHORE DR | LAS VEGAS | NV | 89117 | 0 |
| 15 | P-4016 | James B. Cardwell Trustee of the Cardwell Charitable Trust | JAMES B CARDWELL | 505 E WINDMILL LN # 1-B-158 | LAS VEGAS | NV | 89123 | 479-471-5754 |
| 16 | P-7758 | Joseph L. Melz and Sandra L. Melz, husband and wife, as joint tenants with the right of survivorship | JOSEPH & SANDRA L. MELZ | 1025 CARLISLE LN | FRANKLIN | TN | 37064 | 615-794-6912 |
| 17 | P-7826 | Debt Acquisition Company of America V, LLC | HOWARD JUSTUS | 1565 HOTEL CIRCLE SOUTH, SUITE 310 | SAN DIEGO | CA | 92108 | 619-220-8900 |
| 18 | P-7842 | OAKBRIDGE CAPITAL INC | OAKBRIDGE CAPITAL INC | 702 WEST ST, SUITE 101 | WILMINGTON | DE | 19801 | 0 |
| 19 | P-7844 | Eagle Investment Partners LP | Eagle Investment Partners | 1565 HOTEL CIRCLE SOUTH, SUITE 310 | San Diego | CA | 92108 | 0 |
| 20 | P-930 | Daniel T. Drubin & Laura Drubin, husband & wife, as joint tenants with right of survivorship | DANIEL & LAURA DRUBIN | 1363 W STONY RUN PL | ORO VALLEY | AZ | 85755 | 520-575-9654 |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In Re: | ) | **In Proceedings Under Chapter 11** |
|---|---|---|
| | ) | |
| **FOX HILLS SPE LLC,** | ) | **Case No.** _____ |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of FOX HILLS SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:  ___October 14, 2009___

Signature:  _____/s/ Sara Pfrommer_____
Sara Pfrommer
Chief Restructuring Officer
and Corporate Counsel

# 20 Largest Creditors Holding Unsecured Nonpriority Claims - Fox Hills SPE LLC (Direct Lender Creditors Only)

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-2067 | Arthur T. Donaldson, a married man dealing with his sole & separate property | ARTHUR T. DONALDSON | PO BOX 307 | JANESVILLE | WI | 53547 | 6087542022 |
| P-2385 | Perlman Investment Partners, L.P., a California limited partnership | PERLMAN INVESTMENT PARTNERS, L.P. | PO BOX 8636 | TRUCKEE | CA | 96162 | 0 |
| P-2580 | Walter E. Seebach Trustee of the Walter E. Seebach Living Trust dated 11/1/85 | WALTER E SEEBACH | 1118 MAYETTE AVE | SAN JOSE | CA | 95125 | 408-267-1424 |
| P-2930 | Martin H. Shafron Trustee of the Martin Shafron & Margaret Shafron Revocable Trust | MARTIN H SHAFRON | 2708 VISTA BUTTE DR | LAS VEGAS | NV | 89134 | 7023417146 |
| P-3761 | Ronald Gene Brown & Jagoda Brown, husband & wife, as joint tenants with right of survivorship | RONALD & JAGODA BROWN | 1027 SOUTH RAINBOW #604F | LAS VEGAS | NV | 89145 | 0 |
| P-3772 | Raymond E. Harshman & Margaret E. Harshman Trustees of the Raymond E. & Margaret Elise Harshman Family Trust dated 3/4/87 | RAYMOND & MARGARET HARSHMAN | PO BOX 716 | OCEANSIDE | CA | 92049 | 760-603-1255 |
| P-3815 | Robert J. Kehl & Ruth Ann Kehl, husband & wife, as joint tenants with right of survivorship | ROBERT & RUTH KEHL | 4963 MESA CAPELLA DR | LAS VEGAS | NV | 89148 | 0 |
| P-4278 | Richard N. Krupp a married man dealing with his sole & separate property | RICHARD N. KRUPP | 101 STATE PL STE I | ESCONDIDO | CA | 92029 | 702-837-5774 |
| P-480 | Helms Homes, LLC, a Nevada limited liability company | HELMS HOMES, LLC | 809 UPLAND BLVD | LAS VEGAS | NV | 89107 | 702-258-1044 |
| P-5136 | Joseph P. Walls & Ellen Walls Trustees of the Walls Family Trust dated 12/10/97 | JOSEPH & ELLEN WALLS | 2778 BEDFORD WAY | CARSON CITY | NV | 89703 | 0 |
| P-5496 | Leland K. Swanson & Lena M. Swanson Trustees of the Swanson Family Trust dated 9/14/94 | LELAND & LENA SWANSON | 212 GREENBRIAR LN | BUFFALO | MN | 55313 | 763-682-0135 |
| P-6071 | Steven Melvin Terry and Margaret Worthen Terry Trustees of the Steven M. & Margaret W. Terry Trust Dated March 31, 1995 | STEVEN & MARGARET WORTHEN TERRY | 125 WORTHEN CIR | LAS VEGAS | NV | 89145 | 7023637610 |
| P-6201 | Robert B. Bender & Paula S. Bender, husband & wife, as joint tenants with right of survivorship | ROBERT & PAULA BENDER | 733 CHAMPAGNE RD | INCLINE VILLAGE | NV | 89451 | 775-832-8262 |
| P-6334 | Gregory J. Walch Trustee of the Gregory J. Walch and Shauna M. Walch Family Trust dated 11/12/04 | GREGORY J. WALCH | 344 DOE RUN CIR | HENDERSON | NV | 89012 | 0 |
| P-6588 | R & N Real Estate Investments LP, Robert J. Verchota, General Partner | R & N REAL ESTATE INVESTMENTS LP. | 8365 S BONITA VISTA ST | LAS VEGAS | NV | 89148 | 702-896-5835 |
| P-6740 | Edward W. Homfeld, an unmarried man | EDWARD W. HOMFELD | 2515 N ATLANTIC BLVD | FT LAUDERDALE | FL | 33305 | 954-560-7709 |
| P-7397 | Jay S. Stein, Trustee of the Jay S. Stein Charitable Remainder Unitrust dated 7/15/02 | JAY S. STEIN | PO BOX 188 | SUMMERLAND | CA | 93067 | 0 |
| P-7521 | Gloria W. Handelman and Jim Handelman, wife and husband, as joint tenants with the right of survivorship | GLORIA & JIM HANDELMAN | 2324 CASERTA CT | HENDERSON | NV | 89074 | 0 |
| P-7548 | Gloria W. Handelman, Trustee of the Handelman Charitable Remainder Unitrust, dated 5/3/97 | GLORIA W. HANDELMAN | 2324 CASERTA CT | HENDERSON | NV | 89074 | 0 |
| P-7559 | Rugby Associates, LLLP a Maryland Limited Liability Limited Partnership | RUGBY ASSOCIATES, LLLP | 100 RIALTO PL STE 721 | MELBOURNE | FL | 32901 | 0 |
| P-7560 | Christopher R. Isaak, an unmarried man | CHRISTOPHER R. ISAAK | 27468 BRIARS PL | VALENCIA | CA | 91354 | 661-297-9944 |
| P-7582 | G & L Nelson Limited Partnership | G & L NELSON LIMITED PARTNERSHIP | 11205 MESSINA WAY | RENO | NV | 89521 | 0 |
| P-879 | Robert A. Kehl & Tina M. Kehl, husband & wife, as joint tenants with right of survivorship | ROBERT & TINA KEHL | 9001 LINCOLN RD | FULTON | IL | 61252 | 0 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **HFAH MONACO LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Asset Resolution LLC<br>333 Seventh Ave<br>Third Floor<br>New York, NY 10001 | Asset Resolution LLC<br>333 Seventh Ave<br>Third Floor<br>New York, NY 10001 | Direct Lender Claim | Contingent<br>Unliquidated<br>Disputed | $4,000,000.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of HFAH MONACO LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:    October 14, 2009

Signature:    /s/ Sara Pfrommer
                        Sara Pfrommer
                        Chief Restructuring Officer
                        and Corporate Counsel

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **HUNTSVILLE SPE LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

I, the Chief Restructuring Officer and Corporate Counsel of HUNTSVILLE SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:    October 15, 2009   

Signature: _____
Sara Pfrommer
Chief Restructuring Officer
and Corporate Counsel

## 20 Largest Creditors Holding Unsecured Nonpriority Claims - Huntsville SPE LLC (Direct Lender Creditors Only)

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-1020 | James Cameron & Kirsten Cameron, husband & wife, as joint tenants with right of survivorship | JAMES & KIRSTEN CAMERON | 774 MAYS BLVD STE 10 PMB 313 | INCLINE VILLAGE | NV | 89451 | 0 |
| P-1023 | Brett W. Sperry, an unmarried man | BRETT W. SPERRY | 2553 SEASCAPE DR. | LAS VEGAS | NV | 89128 | 0 |
| P-1564 | Byrne E. Falke Sr. Trustee of the Byrne Falke Living Trust | BYRNE E FALKE SR | PO BOX 3774 | INCLINE VILLAGE | NV | 89450 | 760-742-0539 |
| P-1883 | Alan B. Friedman, a single man | ALAN B. FRIEDMAN | PO BOX 1713 | BODEGA BAY | CA | 94923 | 707-875-9006 |
| P-2113 | Virgil L. Birgen & La Donna F. Birgen Trustees of the Birgen Charitable Trust dated 8/1/90 | VIRGIL L & LA DONNA BIRGEN | 2837 BLUFF POINT DR | LAS VEGAS | NV | 89134 | 0 |
| P-2257 | William A. Drago & Loraine A. Drago, husband & wife, as joint tenants with right of survivorship | WILLIAM & LORAINE A. DRAGO | 645 SAGEBRUSH ST | PORTOLA | CA | 96122 | 5308325960 |
| P-2347 | Billie R. Cislaghi Trustee of the Billie R. Cislaghi Trust | BILLIE R CISLAGHI | 2600 LANGFORD AVE | HENDERSON | NV | 89052 | 702-492-9415 |
| P-240 | KTaylorGO Investments, LTD, a Texas company | KTAYLORGO INVESTMENTS, LTD., a Texas company | PO BOX 911209 | ST GEORGE | UT | 84791 | 0 |
| P-2545 | Salvatore Siciliano | SALVATORE SICILIANO | 2711 BRIGGS AVE | BRONX | NY | 10458 | 0 |
| P-27 | First Savings Bank Custodian For Marion C.Sharp IRA | MARION C. SHARP IRA | 20 LEROY TERRACE | NEW HAVEN | CT | 06512 | 0 |
| P-2720 | Janice W. Bradbury Trustee of Bradbury Family Trust dated 12/20/88 | JANICE W BRADBURY | 1250 RIVER FLOW WAY | EAGLE | ID | 83616 | 0 |
| P-2995 | Barry Gambarana, an unmarried man | BARRY GAMBARANA | 2761 CARNATION LN | HENDERSON | NV | 89074 | 702-896-1848 |
| P-3036 | Robert Essaff & Cindy H. Essaff Trustees of the Essaff Family Trust dated 6/18/02 | ROBERT & CINDY ESSAFF | 2860 HEYBOURNE RD. | MINDEN | NV | 89423 | 775-267-5579 |
| P-3469 | Herman M. Adams, Brian M. Adams & Anthony G. Adams as Joint Tenants | HERMAN M. ADAMS, BRIAN M. ADAMS & ANTHONY G. ADAMS | 1341 CASHMAN DR | LAS VEGAS | NV | 89102 | 0 |
| P-3815 | Robert J. Kehl & Ruth Ann Kehl, husband & wife, as joint tenants with right of survivorship | ROBERT & RUTH KEHL | 4963 MESA CAPELLA DR | LAS VEGAS | NV | 89148 | 0 |

| P- number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-3950 | USA Capital Diversified Trust Deed Fund | FTI CONSULTING | TWO NORTH CENTRAL AVE., SUITE 1200 | PHOENIX | AZ | 85004 | 602-744-7186 |
| P-4067 | First Savings Bank Custodian For Lamberto Eugenio IRA | LAMBERTO EUGENIO IRA | 3012 CRIB POINT DR. | LAS VEGAS | NV | 89134 | 0 |
| P-4241 | First Savings Bank Custodian For Larry L. Rieger IRA | LARRY L. RIEGER IRA | 2615 GLEN EAGLES DR | RENO | NV | 89523 | 775-746-1439 |
| P-4258 | Clifton H. Spindle & Verna R. Spindle, husband & wife, as joint tenants with right of survivorship | CLIFTON & VERNA SPINDLE | 1332 E LONE OAK RD | VALLEY VIEW | TX | 76272 | 0 |
| P-4290 | Philip Aldred & Hedwig J Aldred Trustees of the Aldred Living Trust 2002 U/A dated 10/18/02 | PHILIP & HEDWIG ALDRED | 2485 W WIGWAM AVE UNIT 86 | LAS VEGAS | NV | 89123 | 7028965543 |
| P-4327 | D & K Partners Inc., a Nevada corporation | D & K PARTNERS INC. | 7293 W MARIPOSA GRANDE LN | PEORIA | AZ | 85383 | 0 |
| P-4328 | Ralph F. Cameron Trustee of the Cameron Survivors Trust dated 12/22/97 For the Benefit of his children John Cameron & katherine Cameron-Hoffman | RALPH F CAMERON | 25482 CADILLAC DR | LAGUNA HILLS | CA | 92653 | 0 |
| P-4334 | David Gray Sterling & Mary Jane Sterling Trustees of the Sterling Living Trust dated 02/02/00 | DAVID & MARY STERLING | P.O. Box 1509 | PAHRUMP | NV | 89041 | 0 |
| P-4336 | Wesley L. Monroe, a married man dealing with his sole & separate property | JEANNIE MONROE | 510 E JACKPINE CT | SPOKANE | WA | 99208 | 509-467-4023 |
| P-4347 | Raymond J. Eberlin & Karen Eberlin, husband & wife, as joint tenants with right of survivorship | RAYMOND & KAREN EBERLIN | PO BOX 6795 | STATELINE | NV | 89449 | 775-588-0775 |
| P-4744 | Homfeld II, LLC, a Florida limited liability company | HOMFELD II, LLC | 2515 N ATLANTIC BLVD | FORT LAUDERDALE | FL | 33305 | 954-560-7709 |
| P-5190 | Charles B. Anderson Trustee of the Charles B. Anderson Trust | CHARLES B ANDERSON | 211 COPPER RIDGE CT | BOULDER CITY | NV | 89005 | 0 |
| P-5801 | Kenneth Addes & Victoria Addes Co-Trustees of the Addes Trust | KENNETH & VICTORIA ADDES | 100 W BROADWAY APT 7V | LONG BEACH | NY | 11561 | c-516-375-1798 |
| P-5841 | A-1 Properties, LLC | A-1 PROPERTIES, LLC | 640 N RACETRACK RD | HENDERSON | NV | 89015 | 0 |
| P-6622 | Lois E. Hath & Brenda C. Masnack, Successor Co-Trustees of the Edwin E. Scott 1996 Revocable Trust | BRENDA C. MASNACK | 9553 E. LYNWOOD CIRCLE | MESA | AZ | 85207 | 480-357-2316 |
| P-880 | Daniel J. Kehl, a married man dealing with his sole & separate property | DANIEL J. KEHL | 3184 HWY 22 | RIVERSIDE | IA | 52327 | 3196481234 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| LAKE HELEN PARTNERS SPE LLC | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

I, the Chief Restructuring Officer and Corporate Counsel of LAKE HELEN PARTNERS SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date: ___October 14, 2009___

Signature: _____/s/ Sara Pfrommer_____
Sara Pfrommer
Chief Restructuring Officer
and Corporate Counsel

# 20 Largest Creditors Holding Unsecured Nonpriority Claims - Lake Helen Partners SPE LLC (Direct Lender Creditors Only)

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-1082 | Audrey A. Roe Trustee of The Roe Living Trust dated 2/14/95 | AUDREY A ROE | 2211 LOUSETOWN RD | RENO | NV | 89521 | 0 |
| P-2386 | James W. McCollum & Pamela P. McCollum, husband & wife, as joint tenants with right of survivorship | JAMES & PAMELA MCCOLLUM | 915 OCEAN BLVD. | CORONADO | CA | 92118 | 6198905125 |
| P-2537 | Valerie Callahan, an unmarried woman, & Charles R. Maraden, an unmarried man, as joint tenants with right of survivorship | VALERIE CALLAHAN & CHARLES R. MARADEN | 12585 CREEK CREST DR | RENO | NV | 89511 | 0 |
| P-2584 | Penny L. Brock Trustee of the Brock Family Trust dated 5/25/95 | PENNY L BROCK | 355 MUGO PINE CIR | RENO | NV | 89511 | 0 |
| P-2686 | Michael T. Heffner & Barbara C. Heffner Trustees of the Heffner Family Trust dated 9/10/02 | MICHAEL & BARBARA HEFFNER | 1705 CAUGHLIN CREEK RD | RENO | NV | 89519 | 775-787-1017 |
| P-296 | Eric S. Perlman, an unmarried man | ERIC S. PERLMAN | PO BOX 8636 | TRUCKEE | CA | 96162 | 0 |
| P-3177 | C. Donald Ayers, a single man | C. DONALD AYERS | P.O. Box 1769 | MAMMOTH LAKES | CA | 93546 | 0 |
| P-3194 | Richmond Dean II & Jean Dean Trustees of the Dean Family Trust dated 12/26/84 | RICHMOND & JEAN DEAN II | 8730 PETITE CREEK DR | ORANGEVALE | CA | 95662 | 916-721-1865 |
| P-3215 | Daniel N. Salerno & Virginia P. Salerno Trustees for the Daniel & Virginia Salerno Family Trust dated 8/9/89 | DANIEL & VIRGINIA SALERNO | PO BOX 7869 | INCLINE VILLAGE | NV | 89452 | 0 |
| P-3236 | Larry E. Colborn & Loretta A. Colborn Trustees for the Colborn Revocable Living Trust dated 8/6/90 | LARRY & LORETTA COLBORN | 1127 BROKEN WAGON TRAIL | DEWEY | AZ | 86327 | 0 |
| P-3725 | Oliver Puhr, a single man | OLIVER PUHR | 3495 LAKESIDE DRIVE #252 | RENO | NV | 89509 | 775-544-8715 |
| P-3950 | USA Capital Diversified Trust Deed Fund | FTI CONSULTING | TWO NORTH CENTRAL AVE., SUITE 1200 | PHOENIX | AZ | 85004 | 602-744-7186 |
| P-4073 | Robert A. Susskind, an unmarried man | ROBERT A. SUSSKIND | 9900 WILBUR MAY PKWY APT 206 | RENO | NV | 89521 | 775-846-6407 |
| P-4077 | Stephen C. Irwin, an unmarried man | STEPHEN C. IRWIN | PO BOX 7885 | MAMMOTH LAKES | CA | 93546 | 760-934-2472 |

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-4104 | Eric C. Disbrow Trustee of the Eric C. Disbrow MD Inc. Profit Sharing Plan | ERIC C DISBROW | 3640 FAIRWAY DR | CAMERON PARK | CA | 95682 | 0 |
| P-4303 | Sovereign Capital Advisors, LLC, a Nevada limited liability company | SOVEREIGN CAPITAL ADVISORS, LLC | 930 TAHOE BLVD STE 802-550 | INCLINE VILLAGE | NV | 89451 | 775-843-3444 |
| P-4315 | Milton H. Lees III, an unmarried man | MILTON H. LEES III | PO BOX 315 | TAHOE VISTA | CA | 96148 | 0 |
| P-4900 | Scott A. Kusich, a married man dealing with his sole & separate property | SCOTT A. KUSICH | 2720 PRESTON CT | MOUNTAIN VIEW | CA | 94040 | 0 |
| P-4903 | James B. Simpson & Janet D. Simpson Trustees of the Simpson Family Trust dated 1/13/04 | JAMES & JANET SIMPSON | 4090 PARTRIDGE LN | CARSON CITY | NV | 89704 | 7758491051 |
| P-4922 | Charles B. Dunn, IV Trustee of the Charles B. Dunn, IV Trust dated 8/12/05 | CHARLES B DUNN IV | 17042 NORLENE WAY | GRASS VALLEY | CA | 95949 | 0 |
| P-5109 | Donald A. Herrmann & Nancy E. Herrmann, husband & wife, as joint tenants with right of survivorship | DONALD & NANCY HERRMANN | 15212 STINSON DR | GRASS VALLEY | CA | 95949 | 530-274-2035 |
| P-5112 | Tito A. Castillo, an unmarried man & Jairo A. Castillo, an unmarried man, as joint tenants with right of survivorship | TITO & JAIRO CASTILLO | 13390 PARKSIDE TER | COOPER CITY | FL | 33330 | 0 |
| P-5252 | David M. Olds & Sally W. Olds, husband & wife, as joint tenants with right of survivorship | DAVID & SALLY OLDS | 25 N WASHINGTON ST | PORT WASHINGTON | NY | 11050 | 5168837511 |
| P-5390 | LK Wolfe Family, LP, a Nevada limited partnership | LK WOLFE FAMILY, LP | 9234 WILEY LANE | PORTLAND | OR | 97229 | 503-724-3344 |
| P-5804 | Teri E. Nelson, a single woman | TERI E. NELSON | 465 PUESTA DEL SOL | ARROYO GRANDE | CA | 93420 | 8054738018 |
| P-5998 | Mildred P. Kesler Trustee of the Lindsey H. Kesler Family Revocable Trust dated 10/15/80 | MILDRED P. KESLER | 4847 DAMON CIR | SALT LAKE CITY | UT | 84117 | 0 |
| P-6024 | Andrew Dauscher & Ellen Dauscher, husband & wife, as joint tenants with right of survivorship | ANDREW & ELLEN DAUSCHER | PO BOX 10031 | ZEPHYR COVE | NV | 89448 | 0 |
| P-6027 | Edna P. Wilson, a married woman dealing with her sole & separate property & Sloan D. Wilson, an unmarried man, as joint tenants with the right of survivorship | EDNA P. WILSON | 512 LINDEN AVE | GRASS VALLEY | CA | 95945 | 0 |
| P-6034 | Fred G. Altenburg, an unmarried man | FRED G. ALTENBURG | 2220 SCHROEDER WAY | SPARKS | NV | 89431 | 0 |

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-6035 | Lucas W. Landau, an unmarried man | LUCAS W. LANDAU | 10582 EAGLE FALLS WAY | RENO | NV | 89521 | 0 |
| P-926 | D. Joseph Doucet & Louise M. Doucet Trustees of the D. Joseph & Louise M. Doucet 1989 Trust dated 3/30/89 | D JOSEPH & LOUISE DOUCET | 6124 GREENBROOK DR | RENO | NV | 89511 | 775-829-7477 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| OCEAN ATLANTIC SPE LLC, | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of OCEAN ATLANTIC SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date: ____October 14, 2009_____

Signature: _____/s/ Sara Pfrommer_____
Sara Pfrommer
Chief Restructuring Officer
and Corporate Counsel

# 20 Largest Creditors Holding Unsecured Nonpriority Claims - Ocean Atlantic SPE LLC (Direct Lender Creditors Only)

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-1572 | Michaelian Holdings, LLC, a Nevada limited liability company | MICHAELIAN HOLDINGS, LLC | 413 CANYON GREENS DR | LAS VEGAS | NV | 89144 | 0 |
| P-1879 | Kenneth Jerry Goulding & Florie Goulding, husband & wife, as joint tenants with right of survivorship | KENNETH & FLORIE GOULDING | PO BOX 8173 | TRUCKEE | CA | 96162 | 530-587-5609 |
| P-2183 | Norman Kiven, a married man dealing with his sole & separate property | NORMAN KIVEN | 30 NORTH LASALLE STREET, SUITE 3000 | CHICAGO | IL | 60602 | 0 |
| P-240 | KTaylorGO Investments, LTD, a Texas company | KTAYLORGO INVESTMENTS, LTD. | PO BOX 911209 | ST GEORGE | UT | 84791 | 0 |
| P-2580 | Walter E. Seebach Trustee of the Walter E. Seebach Living Trust dated 11/1/85 | WALTER E SEEBACH | 1118 MAYETTE AVE | SAN JOSE | CA | 95125 | 408-267-1424 |
| P-3815 | Robert J. Kehl & Ruth Ann Kehl, husband & wife, as joint tenants with right of survivorship | ROBERT & RUTH KEHL | 4963 MESA CAPELLA DR | LAS VEGAS | NV | 89148 | 0 |
| P-4871 | Jack R. Clark & Linda C. Reid, husband & wife, as joint tenants with right of survivorship | JACK R. CLARK & LINDA C. REID | 9900 WILBUR MAY PKWY APT 4701 | RENO | NV | 89521 | 0 |
| P-4968 | Bruce H. Corum Trustee of the Credit Shelter Trust | BRUCE H CORUM | 528 MONTEREY DR | APTOS | CA | 95003 | 916-607-1983 |
| P-5981 | Bernardo G. Gregorio & Corazon S. M. Gregorio, husband & wife, as joint tenants with right of survivorship | BERNARDO & CORAZON GREGORIO | 7195 IRON OAK AVE | LAS VEGAS | NV | 89113 | 702-897-3992 |
| P-6044 | First Regional Bank Custodian For Irwin Levine IRA C/O Pollycomp | FIRST REGIONAL BANK CUSTODIAN FOR IRWIN LEVINE IRA C/O POLLYCOMP | 6400 CANOGA AVE #250 | WOODLAND HILLS | CA | 91367 | 0 |
| P-6129 | S & P Davis Limited Partnership, a Texas Partnership | S & P DAVIS LIMITED PARTNERSHIP | 737 Bannerman Lane | FORT MILL | SC | 29715 | 803-280-7907 |
| P-6218 | Brian H. Busse & Dawn Busse, husband & wife, as joint tenants with right of survivorship | BRIAN & DAWN BUSSE | 37 WILLOW WISP TER | HENDERSON | NV | 89074 | 0 |
| P-6220 | Gerald L. Bittner, Sr. DDS Inc Profit Sharing Plan & Trust dated 1/15/91 | GERALD L. BITTNER, SR. DDS | 14067 APRICOT HL | SARATOGA | CA | 95070 | 408-867-7048 |
| P-6740 | Edward W. Homfeld, an unmarried man | EDWARD W. HOMFELD | 2515 N ATLANTIC BLVD | FT LAUDERDALE | FL | 33305 | 954-560-7709 |
| P-7117 | Aimee E. Kearns, Trustee of the KM Trust | AIMEE E. KEARNS | 5886 N BONITA VISTA ST | LAS VEGAS | NV | 89149 | 702-240-7162 |
| P-7522 | Anne E. Abrams Trustee of the Abrams Living Trust dtd 10/23/96 | ANNE E. ABRAMS | 10490 WILSHIRE BLVD APT 703 | LOS ANGELES | CA | 90024 | 0 |
| P-7561 | Donald Besemer, an unmarried man | DONALD BESEMER | P.O. BOX 1103 | GRASS VALLEY | CA | 95945 | 530-268-8889 |
| P-7582 | G & L Nelson Limited Partnership | G & L NELSON LIMITED PARTNERSHIP | 11205 MESSINA WAY | RENO | NV | 89521 | 0 |
| P-7710 | Terrance H. Smith, a single man | TERRANCE H. SMITH | 22 PELICAN PL | BELLEAIR | FL | 33756 | 727-585-9775 |
| P-7760 | Chai Miller LLC | CHAI MILLER LLC ATTN: AVI BARASHI | P.O. BOX 81191 | LAS VEGAS | NV | 89180 | 7025923525 |
| P-879 | Robert A. Kehl & Tina M. Kehl, husband & wife, as joint tenants with right of survivorship | ROBERT & TINA KEHL | 9001 LINCOLN RD | FULTON | IL | 61252 | 0 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **SHAMROCK TOWER SPE LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) <br> *Name of creditor and complete mailing address including zip code* | (2) <br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br> *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) <br> *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of SHAMROCK SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:    October 14, 2009

Signature:      /s/ Sara Pfrommer
                          Sara Pfrommer
                          Chief Restructuring Officer
                          and Corporate Counsel

# Schedule F - Creditors Holding Unsecured Nonpriority Claims - Shamrock SPE LLC (Direct Lender Creditors Only)

| P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|
| P-1517 | Vito P. Minerva Trustee of the Minerva Family Trust dated 11/14/96 | VITO P. MINERVA | 2861 RIDGE RD | SANTA YNEZ | CA | 93460 | 8056689043 |
| P-2592 | Marguerite Falkenborg Trustee of the Marguerite Falkenborg 2000 Trust dated 6/20/00 | MARGUERITE FALKENBORG | 727 3RD AVE | CHULA VISTA | CA | 91910 | 0 |
| P-265 | Peter L. Backes Trustee of the Peter L. Backes Trust | PETER L BACKES | 9448 QUAIL RIDGE DR | LAS VEGAS | NV | 89134 | 702-228-6187 |
| P-2686 | Michael T. Heffner & Barbara C. Heffner Trustees of the Heffner Family Trust dated 9/10/02 | MICHAEL & BARBARA HEFFNER | 1705 CAUGHLIN CREEK RD | RENO | NV | 89519 | 775-787-1017 |
| P-3029 | Dennis Raggi, a married man dealing with his sole & separate property | DENNIS RAGGI | PO BOX 10475 | ZEPHYR COVE | NV | 89448 | 775-901-1357 |
| P-3215 | Daniel N. Salerno & Virginia P. Salerno Trustees for the Daniel & Virginia Salerno Family Trust dated 8/9/89 | DANIEL & VIRGINIA SALERNO | PO BOX 7869 | INCLINE VILLAGE | NV | 89452 | 0 |
| P-3463 | Lorraine E. Brock Trustee of the Henry C. Brock, Jr. & Lorraine E. Brock Trust dated 12/3/94 | LORRAINE E BROCK | 316 KIEL ST | HENDERSON | NV | 89015 | 0 |
| P-3834 | Ronald Kreykes & Linda Kreykes, husband & wife, as tenants in common | RONALD & LINDA KREYKES | 4928 WIND HILL CT W | FORT WORTH | TX | 76179 | 0 |
| P-4973 | Vernon K. Chun & Kerri J. Chun Trustees of the Chun Living Trust dated 2/17/98 | VERNON & KERRI CHUN | 9 AUBURN CREST CT | CHICO | CA | 95973 | 0 |
| P-5122 | Warren W. Tripp, a married man dealing with his sole & separate property | WARREN W. TRIPP | 250 GREG ST | SPARKS | NV | 89431 | 0 |
| P-5311 | Kenneth H. Wyatt & Phyllis P. Wyatt Trustees of The Kenneth H. & Phyllis P. Wyatt Family Trust | KENNETH & PHYLLIS WYATT | PO BOX 370400 | LAS VEGAS | NV | 89137 | 702-804-1832 |
| P-5324 | Carl J. Robinson & Kathryn S. Robinson, husband & wife, as joint tenants with right of survivorship | CARL & KATHRYN ROBINSON | 5951 SADDLE HORSE AVE | LAS VEGAS | NV | 89122 | 0 |
| P-6249 | Larry D. Higgins, a married man dealing with his sole & separate property | LARRY D. HIGGINS | 571 ALDEN | INCLINE VILLAGE | NV | 89451 | 0 |
| P-6407 | James M. McConnell and Maudrene F. McConnell, Trustees of the McConnell Family Trust dated 12/3/81 | JAMES & MAUDRENE MCCONNELL | 970 FAIRWAY BLVD | INCLINE VILLAGE | NV | 89451 | 775-287-0478 |
| P-6436 | Pompeo J. Lombardi, an unmarried man, and Sarah A. Grant, a married woman, as joint tenants with the right of survivorship | POMPEO J. LOMBARDI | 2660 W LAKE RIDGE SHRS | RENO | NV | 89509 | 0 |
| P-7654 | Bernard Sandler and Linda Marie Sandler, Trustees of The Bernard Sandler and Linda Marie Sandler Revocable Intervivos Family Trust dated 9/13/91 | BERNARD & LINDA MARIE SANDLER | P. O. BOX 20310 | SANTA BARBARA | CA | 93120 | 0 |
| P-7710 | Terrance H. Smith, a single man | TERRANCE H. SMITH | 22 PELICAN PL | BELLEAIR | FL | 33756 | 727-585-9775 |
| P-7713 | Karen L. Pidgeon Trustee of the Karen L. Pidgeon 2006 Living Trust dated 2/27/2006 | KAREN L. PIDGEON | PO BOX 41619 | SACRAMENTO | CA | 95841 | 916-207-0708 |
| P-7753 | Barbara Stricklin, Trustee of the 1995 Tobe Eugene Stricklin and Barbara Stricklin Revocable Trust date 4/11/95 | BARBARA STRICKLIN | 3100 WINDSOR DRIVE | ALAMEDA | CA | 94501 | 0 |
| P-7839 | Compass Partners LLC | COMPASS PARTNERS LLC | 333 SEVENTH AVENUE, THIRD FLOOR | NEW YORK | NY | 10001 | 0 |
| P-7842 | OAKBRIDGE CAPITAL INC | OAKBRIDGE CAPITAL INC | 702 WEST ST, SUITE 101 | WILMINGTON | DE | 19801 | 0 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re:** | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **10-90 SPE LLC,** | ) | **Case No. _____** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| SEE ATTACHED | | All are Direct Lender Claims | All are Contingent Unliquidated Disputed | |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer and Corporate Counsel of 10-90 SPE LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date:    October 14, 2009

Signature:     /s/ Sara Pfrommer
Sara Pfrommer
Chief Restructuring Officer
and Corporate Counsel

## Creditors Name And Mailing Address Including ZIP Code and Account Number

**20 Largest Creditors Holding Unsecured Nonpriority Claims - 10 90 SPE LLC (Direct Lender Creditors Only)**

| | P-number | Legal Vesting | Direct Lender Name | Address | City | State | Zip | Primary Phone |
|---|---|---|---|---|---|---|---|---|
| 1 | P-1170 | David L. Gross Trustee of the David L. Gross Family Trust dated 12/4/94 | DAVID L GROSS | 895 ON THE GRN | BILOXI | MS | 39532 | 228-896-4480 |
| 2 | P-1679 | Nelson R. Greene & Eunice A. Greene Trustees of the Greene Family Trust dated 4/25/91 | NELSON & EUNICE GREENE | PO BOX 62328 | BOULDER CITY | NV | 89006 | 0 |
| 3 | P-1776 | Daryl D.Thompson Trustee of the Thompson 1993 Trust dated 1/26/93 | DARYL D THOMPSON | 2204 POINT ROCK LN | LAS VEGAS | NV | 89134 | 0 |
| 4 | P-1782 | Juanita Mesa Trustee of the La Playa Trust dated 1/9/02 | JUANITA MESA | 175 Rainbow Dr. | Livingston | TX | 77399 | 0 |
| 5 | P-2329 | Rains Properties, LP, a Nevada limited partnership | RAINS PROPERTIES, LP | PO BOX 12088 | LAS VEGAS | NV | 89112 | 0 |
| 6 | P-2386 | James W. McCollum & Pamela P. McCollum, husband & wife, as joint tenants with right of survivorship | JAMES & PAMELA MCCOLLUM | 915 OCEAN BLVD. | CORONADO | CA | 92118 | 6198905125 |
| 7 | P-240 | KTaylorGO Investments, LTD, a Texas company | KTAYLORGO INVESTMENTS, LTD. | PO BOX 911209 | ST GEORGE | UT | 84791 | 0 |
| 8 | P-350 | Michael H. Greeley Trustee of the Michael Greeley Trust dated 7/27/00 | MARY SAUNDERS | 44335 CAMINO AZUL | LA QUINTA | CA | 92253 | 760-360-0800 |
| 9 | P-3815 | Robert J. Kehl & Ruth Ann Kehl, husband & wife, as joint tenants with right of survivorship | ROBERT & RUTH KEHL | 4963 MESA CAPELLA DR | LAS VEGAS | NV | 89148 | 0 |
| 10 | P-3950 | USA Capital Diversified Trust Deed Fund | FTI CONSULTING | TWO NORTH CENTRAL AVE., SUITE 1200 | PHOENIX | AZ | 85004 | 602-744-7186 |
| 11 | P-3962 | Norma Wagman Trustee of the Wagman Family Trust dated 8/13/93 | NORMA WAGMAN | 4436 COVENTRY CIR | LAS VEGAS | NV | 89121 | 0 |
| 12 | P-4906 | Evelyn A. Ives Trustee of the Mevin J. Ives & Evelyn A. Ives QTIP Trust | EVELYN A IVES | 220 1ST ST APT 3 | SEAL BEACH | CA | 90740 | 5629883360 |
| 13 | P-5260 | Donna M. Elias Successor Trustee of the Elias Family Trust dated 5/19/04 | DONNA M ELIAS | 9900 WILBUR MAY PKWY APT 502 | RENO | NV | 89521 | 7758523716 |
| 14 | P-7528 | David D. Scillian, a single man | DAVID D. SCILLIAN | 4240 ARNOLD WAY | MATHER | CA | 95655 | 9167129533 |
| 15 | P-878 | Cynthia A. Winter, a married woman dealing with her sole & separate property | CYNTHIA A. WINTER | 618 34TH AVE N | CLINTON | IA | 52732 | 0 |
| 16 | P-879 | Robert A. Kehl & Tina M. Kehl, husband & wife, as joint tenants with right of survivorship | ROBERT & TINA KEHL | 9001 LINCOLN RD | FULTON | IL | 61252 | 0 |
| 17 | P-880 | Daniel J. Kehl, a married man dealing with his sole & separate property | DANIEL J. KEHL | 3184 HWY 22 | RIVERSIDE | IA | 52327 | 3196481234 |
| 18 | P-984 | James Feeney Trustee of the E & M Hardware Profit Sharing Plan | JAMES FEENEY | PO BOX 19122 | RENO | NV | 89511 | 775-331-2344 |

**Exhibit "D"**

**Exhibit "D"**

# 30 Day and 90 Day Budget

**Debtor**: Asset Resolution LLC

| | Notes | BUDGET Week Ending 10/24/09 | BUDGET Week Ending 10/31/09 | BUDGET Week Ending 11/7/09 | BUDGET Week Ending 11/14/09 | BUDGET Month Ending 11/30/09 | BUDGET Month Ending 12/31/09 | BUDGET Month Ending 1/31/09 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | 10,098 | | | | | | | |
| **COLLECTIONS** | | | | | | | | | |
| Asset Liquidation | | - | - | - | - | - | - | - | - |
| Recovery on Claims | | - | - | - | - | - | - | - | - |
| **Total Collections** | | - | - | - | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | | | | | |
| **Operational Disbursements** | | | | | | | | | |
| Sub-servicing fee | | 119,986 | 119,986 | 119,986 | 119,986 | 479,944 | 479,944 | 479,944 | 1,679,804 |
| Affiliate service level agreement | | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | 20,000 | 20,000 | 70,000 |
| Property related legal fees | | 7,500 | 7,500 | 7,500 | 7,500 | 30,000 | 30,000 | 30,000 | 105,000 |
| Counsel for investor communications | | 3,750 | 3,750 | 3,750 | 3,750 | 15,000 | 15,000 | 15,000 | 52,500 |
| Asset management/trading consultant | | 5,250 | 5,250 | 5,250 | 5,250 | 21,000 | 21,000 | 21,000 | 73,500 |
| Guarantor claim investigation | | 1,250 | 1,250 | 1,250 | 1,250 | 5,000 | 5,000 | 5,000 | 17,500 |
| Litigation expense | | 12,500 | 12,500 | 12,500 | 12,500 | 50,000 | 50,000 | 50,000 | 175,000 |
| Debtor insurance | | - | - | - | - | - | 9,000 | 9,000 | 9,000 |
| Property insurance | | 8,496 | 8,496 | 8,496 | 8,496 | 33,983 | 33,983 | 33,983 | 118,941 |
| Arc Indemnity Obligations | | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | 20,000 | 20,000 | 70,000 |
| Tax Advice | | 625 | 625 | 625 | 625 | 2,500 | 2,500 | 2,500 | 8,750 |
| Sales & Marketing expense | | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 | 10,000 | 10,000 | 35,000 |
| Property title and lien searches | | 250 | 250 | 250 | 250 | 1,000 | 1,000 | 1,000 | 3,500 |
| Property maintenance | | 250 | 250 | 250 | 250 | 1,000 | 1,000 | 1,000 | 3,500 |
| **Total Operating Disbursements** | | 172,357 | 172,357 | 172,357 | 172,357 | 689,427 | 689,427 | 698,427 | 2,421,995 |
| **Bankruptcy Related Items** | | | | | | | | | |
| Chief restructuring officer | | 11,250 | 11,250 | 11,250 | 11,250 | 45,000 | 45,000 | 45,000 | 157,500 |
| General counsel | | 8,750 | 8,750 | 8,750 | 8,750 | 35,000 | 35,000 | 35,000 | 122,500 |
| Bankruptcy counsel | | 45,000 | 45,000 | 45,000 | 45,000 | 170,000 | 170,000 | 170,000 | 600,000 |
| Special counsel to debtor | | 22,000 | 22,000 | 22,000 | 22,000 | 88,000 | 88,000 | 88,000 | 308,000 |
| US Trustee fees | | 833 | 833 | 833 | 833 | 3,333 | 3,333 | 3,333 | 11,667 |
| Bankruptcy Accountants | | 3,125 | 3,125 | 3,125 | 3,125 | 12,500 | 12,500 | 12,500 | |
| Legal consultant | | 6,500 | 6,500 | 6,500 | 6,500 | 26,000 | 26,000 | 26,000 | 91,000 |
| Public relations | | - | - | - | - | 87,500 | - | - | 87,500 |
| Professionals/expert consulting | | 12,500 | 12,500 | 12,500 | 12,500 | 50,000 | 50,000 | 50,000 | 175,000 |
| DIP Expenses | | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | 20,000 | 20,000 | |
| DIP Interest | | 4,000 | 4,000 | 4,000 | 4,000 | 22,227 | 34,489 | 32,504 | 97,220 |
| **Total BK Related Items** | | 118,958 | 118,958 | 118,958 | 118,958 | 559,560 | 484,322 | 482,337 | 1,650,387 |
| **Total Disbursements** | | 291,315 | 291,315 | 291,315 | 291,315 | 1,248,987 | 1,173,749 | 1,180,764 | 4,072,382 |
| **Net Change in Cash** | | (291,315) | (291,315) | (291,315) | (291,315) | (1,248,987) | (1,173,749) | (1,180,764) | (4,072,382) |
| **Cumulative (deficit)/surplus** | | (281,217) | (572,532) | (863,848) | (1,155,163) | (1,821,520) | (2,995,269) | (4,176,033) | (4,176,033) |